UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL UNION 719 PENSION FUND, Individually and On Behalf of All Others Similarly Situated, <br><br>        Plaintiff,<br><br>  vs.<br><br>ZIMMER HOLDINGS, INC., DAVID C. DVORAK and JAMES T. CRINES,<br><br>        Defendants. | 1:08-cv-1041-SEB-DML |

## JUDGMENT

Pursuant to the Court's ruling on Defendants' Motion to Dismiss, this cause is hereby dismissed without prejudice.  Each party shall bear its own costs.

IT IS SO ORDERED.

Date: _____12/01/2009_____

*Sarah Evans Barker* (signature)
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Sayad Ashar Ahmed
COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
aahmed@csgrr.com

Matthew Thomas Albaugh
BAKER & DANIELS - Indianapolis
matthew.albaugh@bakerd.com

1

Jill M. Baisinger
MORGAN LEWIS & BOCKIUS LLP
jbaisinger@morganlewis.com

Luke Brooks
COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
LukeB@csgrr.com

Troy S. Brown
MORGAN LEWIS & BOCKIUS LLP
tsbrown@morganlewis.com

Scott D. Gilchrist
COHEN & MALAD LLP
sgilchrist@cohenandmalad.com

James H. Ham III
BAKER & DANIELS - Indianapolis
jhham@bakerd.com

Karen Pieslak Pohlmann
MORGAN LEWIS & BOCKIUS LLP
kpohlmann@morganlewis.com

Willow E. Radcliffe
COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
wradcliffe@csgrr.com

Marc J. Sonnenfeld
MORGAN LEWIS & BOCKIUS LLP
msonnenfeld@morganlewis.com

Paul A. Wolfla
BAKER & DANIELS - Indianapolis
paul.wolfla@bakerd.com