UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PLUMBERS AND PIPEFITTERS LOCAL )<br>UNION 719 PENSION FUND, Individually )<br>and On Behalf of All Others Similarly )<br>Situated, )<br>)<br>          Plaintiff, )<br>)<br>  vs. )<br>)<br>ZIMMER HOLDINGS, INC., DAVID C. )<br>DVORAK and JAMES T. CRINES, )<br>)<br>          Defendants. ) | 1:08-cv-1041-SEB-DML |

**AMENDED ORDER CLARIFYING**

**DECEMBER 1, 2009 ORDER AND JUDGMENT**

Having considered Lead Plaintiff Plumbers and Pipefitters Local Union 719 Pension Fund's Unopposed Motion for Clarification of the Court's December 1, 2009 Order and Judgment Without Prejudice, the Court hereby orders as follows:

1. The Motion is <u>GRANTED</u>;

2. The Court, having considered Rule 58 of the Federal Rules of Civil Procedure, confirms that the December 1, 2009 Order Granting Motion to Dismiss and Judgment, specifically noted to be without prejudice, do not constitute a final order and judgment under Rule 58;

3. Accordingly, Lead Plaintiff's time to file a notice of appeal or seek relief

under Rule 59(e) has not begun to run. Lead Plaintiff's motion for leave to amend shall be filed on or before January 15, 2010 pursuant to Rule 15(a). Failure to do so within the allotted time shall result in the entry of final judgment with prejudice.

IT IS SO ORDERED.

Date: _12/22/2009_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Sayad Ashar Ahmed
COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
aahmed@csgrr.com

Matthew Thomas Albaugh
BAKER & DANIELS - Indianapolis
matthew.albaugh@bakerd.com

Jill M. Baisinger
MORGAN LEWIS & BOCKIUS LLP
jbaisinger@morganlewis.com

Luke  Brooks
COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
LukeB@csgrr.com

Troy S. Brown
MORGAN LEWIS & BOCKIUS LLP
tsbrown@morganlewis.com

Scott D. Gilchrist
COHEN & MALAD LLP
sgilchrist@cohenandmalad.com

James H. Ham III
BAKER & DANIELS - Indianapolis
jhham@bakerd.com

Karen Pieslak Pohlmann
MORGAN LEWIS & BOCKIUS LLP
kpohlmann@morganlewis.com

Willow E. Radcliffe
COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
wradcliffe@csgrr.com

Marc J. Sonnenfeld
MORGAN LEWIS & BOCKIUS LLP
msonnenfeld@morganlewis.com

Paul A. Wolfla
BAKER & DANIELS - Indianapolis
paul.wolfla@bakerd.com