UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF INDIANA

INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE: ZIMMER HOLDINGS, INC., SECURITIES, DERIVATIVE AND EMPLOYEE RETIREMENT INCOME SECURITY ACT (ERISA) LITIGATION | Master File No. 1:09-ml-06000-SEB-DML<br>MDL No. 2055 |
| THIS DOCUMENT RELATES TO: | |
| PLUMBERS AND PIPEFITTERS LOCAL UNION 719 PENSION FUND AND CARPENTERS PENSION FUND OF WEST VIRGINIA, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ZIMMER HOLDINGS, INC., DAVID C. DVORAK AND JAMES T. CRINES,<br><br>Defendants. | 1:08-cv-1041 SEB-DML<br><br>PLAINTIFFS' MOTION TO AMEND COMPLAINT<br><br><u>CLASS ACTION</u><br><br><u>DEMAND FOR JURY TRIAL</u> |

478683_1

Pursuant to the Court's December 1, 2009 and December 22, 2009 Orders, Federal Rule of Civil Procedure 15 and Civil Local Rule 15.1, lead plaintiff Plumbers and Pipefitters Local Union 719 Pension Fund and named plaintiff Carpenters Pension Fund of West Virginia (together "plaintiffs") respectfully move for leave to file the First Amended Consolidated Complaint for Violation of the Federal Securities Laws ("Amended Complaint"), submitted herewith.

On December 1, 2009, the Court issued an Order dismissing plaintiffs' Consolidated Complaint for failure to plead fraud with particularity and gave plaintiffs leave to file this motion. The Amended Complaint states a claim for fraud and cures the deficiencies identified in the Court's December 1, 2009 Order.  Further, plaintiffs' proposed Amended Complaint is not the result of undue delay, bad faith, dilatory motive, repeated failure to cure deficiencies, undue prejudice to defendants or futility of amendment.

For these reasons, which are set forth in the accompanying memorandum of law that is incorporated by reference herein, plaintiffs respectfully request that this Court grant their motion to amend.

DATED:  January 15, 2010

    COUGHLIN STOIA GELLER
      RUDMAN & ROBBINS LLP
    WILLOW E. RADCLIFFE
    LUKE O. BROOKS
    S. ASHAR AHMED

        s/ Luke O. Brooks
        LUKE O. BROOKS

100 Pine Street, Suite 2600
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

Lead Counsel for Lead Plaintiffs Plumbers and Pipefitters Local Union 719 Pension Fund, S.D. Ind., No. 1:08-cv-01041-DFH-JMS

- 1 -

478683_1

- 2 -

COHEN & MALAD, LLP
IRWIN B. LEVIN
RICHARD E. SHEVITZ
SCOTT D. GILCHRIST
One Indiana Square, Suite 1400
Indianapolis, IN  46204
Telephone:  317/636-6481
317/636-2593 (fax)
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
sgilchrist@cohenandmalad.com

Liaison Counsel for Lead Plaintiffs

SUGARMAN & SUSSKIND
HOWARD S. SUSSKIND
100 Miracle Mile, Suite 300
Coral Gables, FL  33134
Telephone:  305/529-2801
305/447-8115 (fax)

Additional Counsel for Lead Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on January 15, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on January 15, 2010.

                                              s/ Luke O. Brooks
                                              LUKE O. BROOKS

COUGHLIN STOIA GELLER
   RUDMAN & ROBBINS LLP
100 Pine Street, 26th Floor
San Francisco, CA  94111
Telephone:  415/288-4545
415/288-4534 (fax)

E-mail: lukeb@csgrr.com

478683_1

# Mailing Information for a Case 1:08-cv-01041-SEB-DML

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Sayad Ashar Ahmed**
  COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
  aahmed@csgrr.com,JDecena@csgrr.com

- **Matthew Thomas Albaugh**
  BAKER & DANIELS - Indianapolis
  matthew.albaugh@bakerd.com,cheryl.lewallen@bakerd.com

- **Jill M. Baisinger**
  MORGAN LEWIS & BOCKIUS LLP
  jbaisinger@morganlewis.com

- **Luke Brooks**
  COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
  LukeB@csgrr.com,JDecena@csgrr.com

- **Troy S. Brown**
  MORGAN LEWIS & BOCKIUS LLP
  tsbrown@morganlewis.com

- **Scott D. Gilchrist**
  COHEN & MALAD LLP
  sgilchrist@cohenandmalad.com,jsmock@cohenandmalad.com

- **James H. Ham , III**
  BAKER & DANIELS - Indianapolis
  jhham@bakerd.com,brsmith@bakerd.com

- **Karen Pieslak Pohlmann**
  MORGAN LEWIS & BOCKIUS LLP
  kpohlmann@morganlewis.com

- **Willow E. Radcliffe**
  COUGHLIN STOIA GELLER RUDMAN & ROBBINS, LLP
  wradcliffe@csgrr.com,jdecena@csgrr.com

- **Marc J. Sonnenfeld**
  MORGAN LEWIS & BOCKIUS LLP
  msonnenfeld@morganlewis.com

- **Paul A. Wolfla**
  BAKER & DANIELS - Indianapolis
  paul.wolfla@bakerd.com,betsy.smith@bakerd.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`