# EXHIBIT A

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH  44622-9642 | EI End: | 01/29/2008 |

## TABLE OF CONTENTS

SUMMARY ................................................................................................. 1

ADMINISTRATIVE DATA ....................................................................... 2

HISTORY .................................................................................................. 2

INTERSTATE COMMERCE .................................................................... 3

JURISDICTION ........................................................................................ 3

INDIVIDUAL RESPONSIBILITY AND PERSONS INTERVIEWED ...... 3

MANUFACTURING/DESIGN OPERATIONS .......................................... 5

RECALLS & FIELD REMOVALS ............................................................ 9

OBJECTIONABLE CONDITIONS AND MANAGEMENT'S RESPONSE ........ 10

REFUSALS ............................................................................................... 29

GENERAL DISCUSSION WITH MANAGEMENT .................................. 29

SAMPLES COLLECTED .......................................................................... 30

EXHIBITS COLLECTED .......................................................................... 30

ATTACHMENTS ...................................................................................... 31

## SUMMARY

Inspection of this class I, II, sterile, and non-sterile medical device manufacturer was conducted as part of the CIN-DO FY'08 workplan. This was a pre-announced level 1 QSIT inspection performed in accordance with CP 7382.845 and the *Guide to Inspection of Quality Systems*. The previous inspection was performed on 7/21-22/2004 and classified NAI.

The current inspection covered the Corrective and Preventative Action System (CAPA) and the Production and Process Control System (P&PC). The firm continues to manufacture a variety of surgical support devices including but not limited to; dermatones, blood collection systems, wound drain products, wound debridement systems and tourniquet systems. This inspection focused on the firm's highest volume product the Pulsavac Plus line as well as the Hemovac Autotransfusion Systems and Hemovac Infection Control kits. The firm was in operation during the inspection and manufacturing / assembly processes were observed. The firm no longer has an onsite (b) (4) sterilization system. This operation is now performed by a contract sterilizer.

At the close of the inspection an 8 item FDA 483 was issued for the following; a field removal not reported to the Agency, no written justification for not reporting the field removal., not submitting MDRs, incomplete CAPA procedure, not identifying all CAPA actions, not all inputs into CAPA or activities were documented, sampling plans were not implemented properly and changes to

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH  44622-9642 | EI End: | 01/29/2008 |

production equipment were not documented and equipment was not identified. The firm is currently in the process of recalling all lots within expiration of Pulsavac Plus, II and III wound debridement systems, Hemovac Autotransfusion Systems and Hemovac Infection Control Units.

The firm's Director of Quality Assurance & Regulatory Affairs and the Corporate Vice President of Global Quality and Regulatory Affairs have promised corrections to all objectionable conditions. The firm plans to respond in writing to the FDA 483. Documentary Sample # 448152 was collected to demonstrate interstate shipment.

## ADMINISTRATIVE DATA

| | |
|---|---|
| Inspected firm: | Zimmer Orthopaedic Surgical Products |
| Location: | 200 W Ohio Ave |
| | Dover, OH  44622-9642 |
| Phone: | 330-343-8801 |
| FAX: | (330)364-9490 |
| Mailing address: | 200 W Ohio Ave |
| | PO Box 10 |
| | Dover, OH  44622-9642 |

| | |
|---|---|
| Dates of inspection: | 1/7/2008, 1/8/2008, 1/9/2008, 1/10/2008, 1/11/2008, 1/16/2008, 1/18/2008, 1/25/2008, 1/29/2008 |
| Days in the facility: | 9 |
| Participants: | Mary E. Storch, Investigator |

Credentials were displayed to and an FDA 482 with addendum was issued to Kenneth R. Coonce, Vice President and General Manager. At the start of the inspection Mr. Coonce was the most responsible individual at the location inspected.

## HISTORY

The Corporate headquarters for Zimmer, Inc is located at:

    1800 West Center Street

    Warsaw, IN 46580

Establishment Inspection Report
Zimmer Orthopaedic Surgical Products
Dover, OH  44622-9642

| | |
|---|---|
| FEI: | 1526350 |
| EI Start: | 01/07/2008 |
| EI End: | 01/29/2008 |

The current President and CEO of Zimmer, Inc. is David Dvorak.

Exhibit # 1 is the organization chart showing the corporate structure as well as the local management and quality department.

The location inspected is the branch of Zimmer responsible for manufacturing surgical support devices. The firm's current product line is over 200 different catalog numbers. This facility performs all operations from component extrusion, assembly, packaging, testing, release based on sterilization cycle review, warehousing and distribution. Products are sterilized by (b) (4)_____ or (b) (4)_____ (b) (4)_____ These sterilization operations are performed by two separate contract sterilizers. This facility is also responsible for processing complaints and MDRs for their own products.

The firm currently has approximately (b) (4) employees. Molding operations are performed (b)____ hours a day. Assembly processes are performed on 1st and 2nd shifts. The work is primarily performed Monday through Friday. Weekend work is performed as needed. Business hours are 8:00AM to 5:00PM Monday through Friday.

All FDA correspondence should be addressed to Joyce K. Ekins, Director of Quality & Regulatory Affairs at the address of the firm inspected. Additionally, correspondence should be copied to David Dvorak, President and CEO of Zinmer, Inc at the firm's corporate address.

## INTERSTATE COMMERCE

The firm routinely receives components from out of state suppliers which are used in the manufacture of their medical devices. The firm also routinely distributes and ships their finished medical devices to customers worldwide.

Documentary Sample # 448152 collected during this inspection demonstrates the shipment of the firm's Pulsavac Fan Spray Kit to a customer in (b) (4)_____

## JURISDICTION

The firm manufactures class I and II medical devices. Some of these devices are sterile and sterilized off site by contract sterilizers. The firm uses (b) (4)_____ and (b) (4)_____ sterilizers. Other devices are shipped and labeled non-sterile.

## INDIVIDUAL RESPONSIBILITY AND PERSONS INTERVIEWED

| Establishment Inspection Report | FEI: | 1526350 |
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH 44622-9642 | EI End: | 01/29/2008 |

Kenneth R. Coonce, Vice President and General Manager was the most responsible person at the facility when the inspection was initiated. Mr. Coonce was issued the FDA 482. By the close of the inspection Mr. Coonce was no longer with the company. Audrey Beckman is serving as the Interim for this position at the current time.

Michael K. Carter, Vice President of Global Quality and Regulatory Affairs was present at the firm on 1/16/08 to introduce himself and explain some of Zimmer's corporate policies on Quality Systems. Mr. Carter maintains his office at the corporate headquarters. Mr. Carter also participated in the closeout, review and annotation of the FDA 483 via conference call. Mr. Carter has committed to corrections for all of the items listed on the FDA 483.

Joyce K. Elkins, Director of Quality Assurance & Regulatory Affairs was the primary contact and facilitator of the inspection. Ms. Elkins oversees all aspects of quality at the location inspected. This oversight includes CAPA, complaints, in-process and finished goods inspection, supplier audits and nonconforming material. Ms. Elkins was the most responsible person at the facility at the close of the inspection and the FDA 483 was issued to her. Ms. Elkins reports directly to Mr. Carter.

S. Dale Miller, Associate Director Global Regulations is located in the Corporate office. Mr. Miller did participate in the inspection by formally acknowledging that the firm would be recalling 3 products as an outcome of this inspection. Mr. Miller is responsible for handling and deciding recalls and field removals for the entire company. Mr. Miller reports to Mr. Carter.

Mark V. Mahaffey, Associate Director of Operations is responsible for manufacturing activities at the firm. Mr. Mahaffey assisted with the tour and observation of manufacturing and answered questions related to production. Mr. Mahaffey reports to the Vice President / General Manager.

Cindy Dickey, Regulatory & Compliance Manager was able to explain to the firm's CAPA system and the processing of the CAPA records. Ms. Dickey also oversees the complaint program and is responsible for submitting MDRs. Ms. Dickey reports to Ms. Elkins.

Eric J. Gustin, Manager of Microbiology and Sterilization is responsible for reviewing the sterilization cycle data supplied by the contract sterilizers to make sterility release decisions. Mr. Gustin is also in charge of the firm's onsite laboratory which performs environmental monitoring and bioburden testing. Mr. Gustin reports directly to Ms. Elkins.

Andrew R. Parker, Manager of Global Audits and Certifications and Jeff Garr, Manager of Document Control both from Zimmer Corporate were present at different times throughout the inspection to facilitate information and document requests.

| Establishment Inspection Report. | Fisi: | 1526350. |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH  44622-9642 | EI End: | 01/29/2008 |

## MANUFACTURING/DESIGN OPERATIONS

This was a level 1 QSIT inspection which covered Corrective and Preventative Actions and Production and Process Controls.

## CAPA SYSTEM

The firm uses a system called [(b) (4)] to store and document CAPA information. The SOP *Z.P.C. 1.1701 Zimmer OSP Corrective / Preventative Action Program* describes what inputs feed into the CAPA system and how CAPAs are to be processed (**Exhibit # 2**).

A list all CAPAs generated between January 2005 and January 2008 was requested. This request provided a total of 346 CAPAs for the timeframe. 22 of these CAPAs were selected for review. The review of these CAPA records found two records with inaccurate information. Refer to Observation # 4 for more detailed information. As a result of finding these issues a discussion was held with the firm's Regulatory Compliance Manager to obtain additional information on how the firm processes CAPAs and reviews them. It was discovered that the firm's current CAPA SOP does not include enough control over incorporating all the inputs and there is no final, defined review. Please refer to Observation # 4 for more details. Review of CAPA record OSP-092905-007 revealed problems related to the Hemovac Autotransfusion System (HAS) and sterile barrier compromise. All notification of defects (NDs), complaints and change notices were requested for this product. Refer to Observations # 5 & 6 for more details.

An input into the CAPA system is complaints. 7 individual months were selected between 2006 and 2007 and a list of all complaints generated in these months was requested. A total of 186 complaints were generated during these 7 months. From these 186 complaints 22 were selected for review. The review of these complaints provided 2 complaints for holes in Tyvek, 3 involving silicone and 2 for broken hemovac ICs.

Additionally, after reviewing the firm's non-reportable field removal for Hemovac Infection Control (IC) kits all CAPA records, complaints, MDRs, NDs and change notices generated between January 2005 and the present involving this device were requested. Please refer to Observations # 3, 5 & 6 for more details. The firm had initiated a recall in 12/2007 for their Pulsavac Plus as a result of silicone staining on the Tyvek packaging. I asked if other products manufactured by the firm used silicone. I was informed that the Pulsavac 2 & 3 were similar devices that also used silicone in the assembly procedure. These devices were not included in the 12/2007 recall. I requested all CAPAs, complaints and NDs associated with these two devices and problems related to silicone. Please refer to Observations # 5, 6 & 8 for more details.

During this inspection it was determined that the firm's CAPA system had significant deficiencies resulting in isolated and systemic failures. These issues had prevented all relevant information from being captured and fed into the CAPA system. As a result device failures and/or defects were not captured as trends and the product continued to be produced and released.

Establishment Inspection Report
Zimmer Orthopaedic Surgical Products
Dover, OH  44622-9642

FDA:       1526350
EI Start:   01/07/2008
EI End:    01/29/2008

Based on the review of the CAPA system the following products and problems were identified and further investigated:

### 1. *Hemovac Autotransfusion System (H.A.S.)*

- FDA Class II, Single Use
- 510(k) K920273, Listing A383163
- Insert  Exhibit # 44
- Description: Autotransfusion system used to reinfuse blood
- Problem: slits/holes in Tyvek (sterile barrier) packaging caused by a hook rubbing against package

Products involved:

| Catalog # | Product Name | Units / shipper | Exp Date Range (years) |
|-----------|--------------|-----------------|------------------------|
| 00-2555-020-05 | H.A.S. 1/8" Drain | 5 | 5 |
| 00-2555-030-05 | H.A.S. 3/16" Drain | 5 | 5 |
| 00-2555-040-05 | H.A.S. 1/4" Drain | 5 | 5 |
| 00-2555-050-05 | H.A.S. Replacement Kit | 5 | 5 |
| 00-2555-060-05 | H.A.S. without drain | 5 | 5 |

### 2. *Hemovac Infection Control Kits (Hemovac IC)*

- FDA Class I (not exempt from QSR), Single Use
- 510(k): exempt, Listing: A302830
- Insert Exhibit # 7
- Description: non-powered suction device intended to provide vacuum for drainage of surgical wounds
- Problem: insufficient solvent bonds on the evacuator (90 degree elbow) port

Products involved:

| Catalog # | Product Name | Units / Shipper | Exp Date Range (years) |
|-----------|--------------|-----------------|------------------------|
| 00-2550-001-10 | IC Kit w/ 3/32 Drain | 10 | 5 |
| 00-2550-002-10 | IC Kit w/ 1/8 Drain | 10 | 5 |
| 00-2550-003-10 | IC Kit w/ 3/16 Drain | 10 | 5 |
| 00-2550-004-10 | IC Kit w/ ¼ Drain | 10 | 5 |

Establishment Inspection Report
Zimmer Orthopaedic Surgical Products
Dover, OH  44622-9642

| | FEI: | 1526350 |
| | EI Start: | 01/07/2008 |
| | EI End: | 01/29/2008 |

| | | | |
|---|---|---|---|
| 00-2550-050-10 | IC Compact Kit | 10 | 5 |
| 00-2550-702-10 | 400ml IC Evacuator 1/8 Drain w/ Bonded Suction Port | 10 | 5 |
| 00-2550-703-10 | 400ml IC Evacuator 3/16 Drain w/ Bonded Suction Port | 10 | 5 |
| 00-2550-704-10 | 400ml IC Evacuator 1/4 Drain w/ bonded Suction Port | 10 | 5 |
| 47255000210 | IC Kit w/ 1/8 Drain | 10 | NONSTERILE |
| 47255000310 | IC Kit w/ 3/16 Drain | 10 | NONSTERILE |
| 47255005010 | IC Compact Kit | 10 | NONSTERILE |

3. *Pulsavac II & III*

- FDA Class II, Single Use
- 510(k): exempt, Listing: R062962
- Insert Exhibit # 45
- Description: jet lavage used to clean a wound by pulsatile jet of fluid
- Problem: leaking silicone causing staining on Tyvek package

Products involved:

| Catalog # | Product Name | Units / Shipper | Exp Date Range (years) |
|---|---|---|---|
| 00-5150-020-00 | Push-On Hand Control Set | 10 | 5 |
| 00-5150-022-00 | One Piece Irrigation Set | 10 | 5 |
| 00-5150-025-00 | Pull-On Hand Control Set | 10 | 5 |
| 00-5150-036-00 | Dual Spike Fluid Set | 10 | 5 |
| 00-5150-100-00 | Fan Spray Kit | 10 | 5 |
| 00-5150-101-00 | Pull-On Fan Spray Kit | 10 | 5 |
| 00-5150-200-00 | Hip Kit Pack | 10 | 5 |
| 00-5150-201-00 | Pull-On Hip Kit | 10 | 5 |
| 00-5150-300-00 | Component Kit | 10 | 5 |
| 00-5150-301-00 | Pull-On Component Kit | 10 | 5 |
| 00-5160-030-00 | General Surgery Tubing Set | 10 | 5 |
| 47-5150-020-00 | Push-On Hand Control Set | 10 | NONSTERILE |
| 47-5150-025-00 | Pull-On Hand Control Set | 10 | NONSTERILE |
| 47-5150-036-00 | Dual Spike Fluid Set | 10 | NONSTERILE |
| 00-5150-520-00 | Push-On Component Kit | 10 | 5 |
| 00-5150-575-00 | Push-On Fan Spray Kit | 10 | 5 |

| | | | |
|---|---|---|---|
| Establishment Inspection Report | | FEI: | 1526350 |
| Zimmer Orthopaedic Surgical Products | | EI Start: | 01/07/2008 |
| Dover, OH  44622-9642 | | EI End: | 01/29/2008 |

| | | | |
|---|---|---|---|
| 00-5150-625-00 | Pull-On Component Kit | 10 | 5 |
| 00-5150-675-00 | Pull-On Fan Spray Kit | 10 | 5 |

## PRODUCTION & PROCESS CONTROL

The assembly of Pulsavac Plus (AC powered) lot # 60874316 and Pulsavac Plus (battery operated) lot # 60864848 was observed. These products were being assembled in the firm's Irrigation Product Room. The two items were being assembled by two separate cells (working units) within the room. The firm's new system for applying silicone by using a foot pedal to dispense a metered amount of silicone through a syringe was observed in this process. The (b) (4)     serial # 41819 used to 100% test pumps for leaks was found to be current in its calibration.

In the firm's Inside Packaging room the packaging of the Compact Evacuator lot # 60855711 was observed. The Heat Bar Sealer # 6267 was found to be current in its calibration.

The line for the Hemovac Infection Control Kits was not operating at the time of the production room observation. A walkthrough of the line was conducted to review the process equipment. The glue pots used for dipping components into a solvent were observed. The changes to the glue pot as a result of the problems the firm had been experiencing with insufficient elbow port bonds were observed. It was noted that the glue pots were not identified and they were similar to other glue pots observed in other assembly lines. Refer to Observation # 8 for more details.

The Outside Packaging of Hemovac Autotransfusion System lot # 60855739 was currently on hold until the start on the afternoon shift. The in-process materials and labels were reviewed and found to be appropriate for the product and lot number.

Injection molding of a pliable shield part # 17-21041 was observed on mold press # 19. The molding of the gun handle pieces for the Pulsavac Plus was observed on press # 4. Extrusion of plastic tubing part # 15-01236 was observed on line # 1.

## STERILIZATION (EO)

In July 2005 the firm ceased sterilizing product on-site with ethylene oxide. This process was contracted out to:

(b) (4)

The validation report (b) (4)                       Sterilization Validation of the Zimmer, Inc. Wound-Vac Family of Products" dated May 2005 was reviewed (**Exhibit # 3**). The validation consisted of 3 lots of two devices from the target family of products; Pulsavac Plus and Hemovac

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH  44622-9642 | EI End: | 01/29/2008 |

Autotransfusion System (HAS). These items represent the biggest challenge as a result of density (HAS) and tubing length (Pulsavac) from this family of products. The Pulsavac product is packaged in trays and the HAS is packaged in pouches. Residual hold time for the EO gas was also determined during this validation. This validation was based on the ANSI/AAMI/ISO standard 11135. The gas is (b) (4) EO. Pre-conditioning is utilized. The validation was performed to achieve a (b) (4) sterility assurance level. The validation and current release is based on cycle data and biological indicators. Product was validated for two exposure cycles. The validation information appears to be complete and adequate. The most recent EO sterilization verification (10/3/07) was also reviewed and found to be acceptable (Exhibit # 4).

After a lot is sterilized the cycle data and BIs are returned to Zimmer. The cycle data is reviewed and BIs cultured. An example of the EO cycle data received is in exhibit # 11. If all information is acceptable a sterility release is given. The firm is currently operating under a 7 day release as a result of culturing time. Sterilized product is returned to Zimmer. From the validation to current there have been no cycle failures for sterilization. The firm has had false positive BIs as a result of growth of non-target organisms caused by cross contamination or improper handling. No product has been rejected based on sterilization. Zimmer performs monthly bioburden filtration testing.

11 Device History Records for the Pulsavac Plus were selected from lots produced during 2007 and reviewed specifically for EO sterilization data and release specifications. The Pulsavac Plus is the firm's highest production volume product. No problems were noted.

Other Zimmer product families are contract sterilized by (b) (4) This operation is performed by (b) (4) (b) (4) validation and information was not covered during this inspection.

## RECALLS & FIELD REMOVALS

On 12/18/07 the firm notified the agency about their plan to recall the Pulsavac Plus. The firm had received complaints from the field concerning staining on the Tyvek packaging. It was determined that this staining was a result of leaking silicone.

On 12/6/06 the firm performed a field removal of Hemovac IC lot #s 60511109 and 60530243 as a result of insufficient solvent bonding on the evacuator port. This recall was reported to the Agency on 1/11/08 and then it was expanded and reported to the District Recall Coordinator on 1/24/08. Refer to Observations # 1 & 2 for more information.

At the close of this inspection the firm had initiated 3 recalls. They expanded the recall involving the Pulsavac Plus to include the Pulsavac 2 & 3. The Hemovac IC removal was expanded and reported as a result of insufficient evacuator port bonds. They initiated a recall of the HAS based on trending

| | | |
|---|---|---|
| Establishment Inspection Report | FEI: | 1526350 |
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH 44622-9642 | EI End: | 01/29/2008 |

data indicating sterile barrier packaging compromises. The firm submitted notification of these recalls to the Cincinnati District Recall Coordinator in an e-mail dated 1/24/08.

## OBJECTIONABLE CONDITIONS AND MANAGEMENT'S RESPONSE

Observations listed on form FDA 483

### OBSERVATION 1

A correction or removal, conducted to reduce a risk to health posed by a device, was not reported in writing to FDA.

Specifically, on 12/6/2006 the firm initiated a field retrieval of their *Hemovac Infection Control Kits* lots 60511109 and 60530243. This retrieval was initiated as a result of insufficient solvent applied to the 90 degree elbow port. This port is used to evacuate the device of bodily fluids collected from wound drainage. In 2005 and 2006 the firm received a total of 6 complaints ( 2 were processed as MDRs) reporting that the elbow port was dislodging during the evacuation process. The complaints document that as a result of this port failure there was a spill and/or spray of bodily fluids.

This field retrieval was not submitted to the Agency until 1/11/2008 when the firm decided to report the field removal. On 1/24/08 the firm reported to the Agency that they were expanding the lot numbers involved in the field removal.

*Annotation: Reported corrected, not verified.*

Reference: 21 CFR 806.10(a)(1)

Supporting Evidence and Relevance:

| | |
|---|---|
| Rational for Infection Control Retrieval | Exhibit # 5 |
| Infection Control Hemovac Evacuator Kit Retrieval Closeout Report | Exhibit # 6 |

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH 44622-9642 | EI End: | 01/29/2008 |

Discussion with Management:

I asked Ms. Elkins why the firm had decided not to report this field removal. She explained that during the initial discussions between this site and Corporate it was decided not to report the field removal because they did not feel the risk was that great. According to Ms. Elkins anyone using this device should be employing universal precautions which would minimize the risk of a bodily fluid exposure. They did not believe there was a risk to the patient because they most likely would be on antibiotic therapy. I also questioned Ms. Elkins if the failure of the device was occurring because the health care provider was using the device in its intended manner or if the problem was occurring as a result of improper use. Ms. Elkins clarified that the elbow port was dislodging when the device was evacuated according to the instructions for use (IFU). A copy of the IFU was obtained which does specify on page 2 step 2 under the heading "MEASURING DRAINAGE AND EMPTYING THE EVACUATOR" to compress the evacuator which will move the exudates (bodily fluids) from the evacuator into a collection bag (Exhibit # 7 page 2). This evacuation also allows the unit to be recharged for additional use. Page 2 of the IFU also states under the heading "DISCONNECTING A FULL COLLECTION BAG" the following caution: "We recommend the use of personal protective equipment and universal precautions for any blood handling procedures." (Exhibit # 7 page 2).

I asked Ms. Elkins if a health hazard analysis or risk analysis had been performed to support the firm's decision that the risk was not great enough to necessitate reporting the field removal to the Agency. Ms. Elkins stated that neither of these had been performed.

I explained to Ms. Elkins that it appeared the firm did not have sufficient evidence to support their decision not to report the field removal. To the contrary, I explained that they had a device that failed to function as described in their IFU. Additionally, as a result of this failure the risk was bodily fluid exposure. The purpose of this device is to provide a contained system for handling blood and wound drainage fluids. Additionally, the firm had acknowledged the risk associated with this device failure by reporting two MDRs prior to conducting the field removal as a result of bodily fluid exposure when the evacuator port dislodged. MDRs # 1526350-2005-0020 [CR # 14300] & 1526350-2006-0001 [CR # 14351] (Exhibits # 8 & 9).

As a result of information covered during this inspection Dale Miller, Associate Director Global Regulations arrived from the corporate office to report in person and in writing that the firm now planned to report this field removal to the Agency (Exhibit # 10).

However, the now reported field removal was still restricted to the two original lot #s (60511109 & 60530243) that were removed in 2006. Further review of complaints, NDs and lots produced revealed that the firm did not have sufficient rational to limit the removal to these 2 lots. Please refer to Observation # 5 for more details. The recall of this product beyond these two lots was expanded on 1/24/08.

Correction:

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH  44622-9642 | EI End: | 01/29/2008 |

The Ms. Elkins and Mr. Miller submitted the information for the recall on 1/24/08. The recall was not classified by the close of this inspection.

**OBSERVATION 2**

A justification for not reporting the correction or removal action to FDA that included conclusions, follow-ups, and reviews by a designated person was not included in the record.

Specifically, on 12/06/2006 the firm decided to perform a field retrieval of lots 60511109 and 60530243 of the *Hemovac Infection Control Kits*. The firm determined that the 90 degree elbow ports located on the Hemovac had insufficient solvent bonds to withstand the force required to expel body fluids from the unit. This expulsion of body fluids is described in the device's Instruction For Use as the method to reactivate the evacuator in order to provide further wound drainage.

Neither the firm's written "Rational for Infection Control Retrieval" or "Infection Control Hemovac Evacuator Kit Retrieval Closeout Report" include any justification to support or explain why the firm determined this removal action to be non-reportable.

*Annotation: Promised to correct.*

Reference: 21 CFR 806.20(b)(4)

Supporting Evidence and Relevance:

| | |
|---|---|
| Rational for Infection Control Retrieval | Exhibit # 5 |
| Infection Control Hemovac Evacuator Kit Retrieval Closeout Report | Exhibit # 6 |

Discussion with Management:

Ms. Elkins had provided the Rational for Infection Control Retrieval and Infection Control Hemovac Evacuator Kit Retrieval Closeout Report as the written documentation covering the field removal. After I looked at the information I asked Ms. Elkins if the firm had any additional information for this action, specifically anything that rationalized or documented the decision not to report the field removal to the Agency. Ms. Elkins stated she seemed to remember some conversation but would check with Corporate to determine if they had anything in writing. Prior to the close of the inspection Ms. Elkins confirmed that the firm did not have any additional information that supported or documented the firm's decision not to report the field removal to the Agency.

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH  44622-9642 | EI End: | 01/29/2008 |

Correction:

Ms. Elkins and Mr. Miller decided to make this a reportable field removal during this inspection. At the closeout meeting Ms. Elkins also committed that any future field removals would be more carefully considered and all rationales would be thoroughly documented.

## OBSERVATION 3

An MDR report was not submitted within 30 days of receiving or otherwise becoming aware of information that reasonably suggests that a marketed device may have caused or contributed to a death or serious injury.

Between 8/8/05 and 11/16/06 the firm has received a total of 6 complaints involving the failure of the *Hemovac Infection Control Kits* to function as described in the Instructions For Use. The elbow port on the device came off during the evacuation of the device causing bodily fluids to spill and/or spray out.

Out of these 6 complaints the firm submitted two as MDRs because the Hospital making the complaints had already initiated Medwatch Reports.

The following 4 complaints involving failure of the device and resulting in a blood exposure were not submitted as MDRs:

| Complaint Record # | Date Received | Descriptions from complaint record |
|---|---|---|
| 14269 | 8/8/05 | "Elbow came apart from Hemovac" , "…nurse had squeezed the evacuator and sprayed himself with blood." |
| 14564 | 11/3/06 | "Cracked dome on Hemovac", "…a nurse was splattered with blood when the unit failed in some manner." |
| 14574 | 11/15/06 | "when activate for second time into bag nozzle pops off spilling blood everywhere" |
| 14575 | 11/16/06 | "when activating for second time into bag nozzle pops off spilling |

| | | |
|---|---|---|
| Establishment Inspection Report | FEI: | 1526350 |
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH  44622-9642 | EI End: | 01/29/2008 |

| | | |
|---|---|---|
| | | blood everywhere. These were in the ICU!" |

*Annotation: Corrected and verified.*

Reference: 21 CFR 803.50(a)(1)

Supporting Evidence and Relevance:

Complaint Records:
14269, 14300, 14351, 14564, 14574, 14575          Exhibit # 12

MDR Records:
1526350-2005-0020 (from CR 14300)
1526350-2006-0001 (from CR 14351):          Exhibits # 8 & 9

MDR SOP:          Exhibit # 13

Complaint SOP:          Exhibit # 14

Discussion with Management:

While reviewing the complaint records and MDRs that were submitted for the Hemovac IC I questioned why the firm chose to only submit 2 complaints as MDRs. According to Ms. Elkins the firm submitted Complaints # 14300 & 14351 as MDRs because they were aware that the hospital had already initiated MedWatch reports. I questioned if the firm felt that these 2 events and the additional complaints met the definition of MDR. Ms. Dickey explained that she followed the decision tree in the SOP *Z.P.C. 11.300.2 Medwatch Reporting / CMDR Reports* and came to the decision that the events were not MDRs and that is why the other complaints were not processed as such (**Exhibit # 13**). I explained that given the information in the complaint records which did indicate bodily fluid exposure or at least an uncontained spill I perceived these as being a serious injury as a result of the potential outcome from a blood exposure. I also explained that once the decision was made to submit complaints involving a blood exposure I did not see how the firm could not justify continuing with that same rational with subsequent complaints. It was acknowledged by Ms. Elkins and Ms. Dickey that these were complex situations and having looked at all the information now they felt that the situation could have been handled better. They decided to retroactively submit all complaints involving the Hemovac IC failures as MDRs.

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH  44622-9642 | EI End: | 01/29/2008 |

The current inspection afforded coverage to information and events dating back to January 2005 based on the last inspection. As issues were discovered the firm looked back at all historical relevant data. In this particular issue from January 2005 to the present I discovered 6 complaints involving the failure of Hemovac IC. The firm was able to identify a total of 14 complaints dating back to 2002 which have now been submitted as MDRs.

Correction:

At the closeout Ms. Elkins and Ms. Dickey provided the 3500A forms for all 14 MDRs that were recently submitted. They have also revised their MDR SOP in order to improve their decision making process for determining if a complaint should be submitted as an MDR.

---

OBSERVATION 4

The procedures addressing documentation of corrective and preventive action activities were not defined, documented, and complete.

1. There is no defined and documented review or oversight of CAPA by the Quality and/or Regulatory department. The effectiveness of a CAPA is determined by the responsible party assigned to investigate the root cause. The firm's SOP Z.P.C. 1.1701 Zimmer OSP Corrective / Preventative Action Program does not explain how a CAPA is reviewed and determined to be closed. Currently the firm closes a CAPA when it appears all information in the form has been completed. The actual content of the root cause analysis and planned corrective / preventative actions is not reviewed by the Quality / Regulatory department.

2. A total of 22 CAPA records from January 1, 2005 until January 1, 2008 were reviewed. The following are inconsistencies that were not caught prior to closing the CAPA:

- CAPA ID OSP-061107-001 is listed as "closed". This CAPA is still ongoing and has a follow-up date of 4/11/08. The (b) (4) system automatically sets CAPAs to closed because information was entered in the "Follow Up Information" section.

- CAPA ID OSP-092707-002 was closed on 10/23/07. The "Follow Up Information" entered on 10/23/07 indicated that no Notice of Defects had been issued for 3 months. However, the corrective action was initiated on 10/8/07 making it less than 3 months between correction and follow up.

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH 44622-9642 | EI End: | 01/29/2008 |

*Annotation: Reported corrected, not verified.*

Reference: 21 CFR 820.100(b)

Supporting Evidence and Relevance:

| CAPA SOP: | Exhibit # 2 |
|---|---|
| CAPA Record OSP-061107-001 | Exhibit # 15 |
| CAPA Record OSP-092707-002 | Exhibit # 16 |

Discussion with Management:

Ms. Dickey explained the process to me from when a CAPA is opened through closure. When information is received that necessitates a CAPA one is opened and an ID number is generated in the firm's (b) (4) system. The use of (b) (4) is explained in SOP *Z.P.C. 1.1702* (b) (4) *Status Overview and Use Instructions* (Exhibit # 17). The CAPA is then assigned to a responsible person who will perform the root cause analysis. This individual is also responsible for creating and implementing a corrective or preventative action. A verification of the corrective or preventative action is verified by conducting a follow-up to the activity. Once all of these items have been completed the CAPA comes back to Ms. Dickey and her group. Ms. Dickey or someone from her group reviews the CAPA record and if it appears that all information has been entered they print out the CAPA record attach the complaint record, ND or other input that initiated the CAPA and file it. Ms. Dickey explained that printing out the CAPA at this stage is the final closing of the CAPA. I asked if she or anyone in her group reviews the content of the information that has been entered into the CAPA. She stated that this review does not happen because the responsible person has already determined the effectiveness. According to SOP *Z.P.C. 1.1702 ZCAPS Status Overview and Use Instructions* a CLOSED status indicates that the responsible person has verified the CAPA information and activities (Exhibit # 17 page 2). There is no requirement for a Regulatory or Quality review prior to closing. I asked if the person who closed the record signs it. Ms. Dickey stated that no one in her group signs the record as part of its closure. The (b) (4) system does not include the ID number on the record when it is printed.

I discussed with Ms. Elkins and Ms. Dickey the fact that it appears there is a missing oversight of the CAPA system. I explained that while the corrective or preventative action needs to be verified for effectiveness the review shouldn't stop there. I stated that since there was not a complete review of information prior to closing a CAPA that made it vulnerable to errors. Additionally, the missing Quality or Regulatory oversight of the CAPA records may have also contributed to the isolated

| | | |
|---|---|---|
| Establishment Inspection Report | FEI: | 1526350 |
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH  44622-9642 | EI End: | 01/29/2008 |

events that are captured in the CAPA record instead of the whole story as described in Observation # 6.

Correction:

At the closeout Ms. Elkins provided a copy of their new CAPA SOP and training documentation for the new program. They have performed an entire overhaul of their CAPA processing system including implementing a CAPA review committee.

**OBSERVATION 5**

Not all of the actions needed to correct and prevent the recurrence of nonconforming product and other quality problems have been identified.

## 1. HEMOVAC AUTOTRANSFUSION SYSTEMS

Between 4/5/05 and 12/6/06 the firm received a total of 5 complaints regarding holes in the sterile barrier packaging of this device. Additionally, between 4/6/05 and 7/12/06 the firm generated a total of 6 Notification of Defect for product found during QA post sterilization inspection or re-inspection of product released to stock that had holes in the sterile barrier packaging.

- The firm made no changes or adjustments to their process or sampling plan after becoming aware of the potential for sterility compromises. The QA post sterilization inspection remained at a Reduced level despite SOP Z.P.C. 7.1200 which states to switch from reduced to normal if production becomes irregular.
- No risk assessment or health hazard evaluation was performed to determine the impact of product distributed to the field that may have compromised sterility.

The holes in the sterile barrier packaging were determined to be a result of a design issued which allowed a hook to rub against the Tyvek side of the package causing slits. Change Notice # 13052 was issued on 6/21/06 to change the placement of this hook. However, the firm continued to manufacture, inspect at a reduced rate and distribute the following lots under the old design with no additional monitoring of the process or finished product to assess the possibility of sterile packaging defects:

| Catalog # | Lot # | Release Date | Lot Quantity |
|---|---|---|---|
| 2555-020-05 | 60488205 | 7/5/06 | 897 |
| 2555-030-05 | 60484365 | 7/5/06 | 895 |
| 2555-030-05 | 60493533 | 7/5/06 | 887 |

| Establishment Inspection Report | FEI: | 1526350 |
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH 44622-9642 | EI End: | 01/29/2008 |

| | | | |
|---|---|---|---|
| 2555-050-05 | 60479925 | 7/5/06 | 795 |
| 2555-050-05 | 60479926 | 7/5/06 | 795 |
| 2555-050-05 | 60496979 | 7/12/06 | 797 |
| 2555-050-05 | 60496980 | 7/12/06 | 797 |
| 2555-050-05 | 60488206 | 7/19/06 | 795 |
| 2555-020-05 | 60501743 | 7/20/06 | 897 |
| 2555-030-05 | 60501744 | 7/20/06 | 890 |
| 2555-030-05 | 60506599 | 8/18/06 | 897 |
| 2555-050-05 | 60511136 | 8/18/06 | 795 |
| 2555-050-05 | 60511137 | 8/18/06 | 795 |
| 2555-050-05 | 60506601 | 8/18/06 | 797 |

## 2. HEMOVAC INFECTION CONTROL KITS

As a corrective action the firm initiated a non-reportable field removal of lots 60511109 and 60530243 of their *Hemovac Infection Control Kits*. The firm identified that the 90 degree elbow port was insufficiently bonded. The insufficient bond could result in a bodily fluid exposure when the device was evacuated as described in its Instruction For Use. The firm did not have sufficient evidence to conclude the problem was isolated to these two lots.

- Between 8/8/05 and 11/16/06 the firm received 6 complaints for this problem. 1 complaint identified lot # 60530243. Additionally, lot # 60236428 was identified in a complaint and 4 complaints could not identify a specific lot.
- The firm re-inspected lots that had been released but had stock remaining in their warehouse and identified the following lots with insufficient bonds; 60440025, 60554807, 60565010, 60570976. The nonconforming devices were rejected but it was not documented whether devices from these additional lots were distributed prior to the re-inspection.
- Additionally, these two lots were manufactured between the two lots involved in the field removal; 60520507 and 60525201. These lots were not re-inspected and this is no information to rationalize why they weren't included in the original field removal.
- No Risk Assessment or Health Hazard Evaluation was performed to determine the impact of product distributed to the field which may have an insufficiently bonded elbow port which could cause a bodily fluid exposure.

## 3. Pulsavac Plus

On 12/18/07 the firm notified the Agency of a recall involving the Pulsavac Plus wound debridement systems as a result of silicone staining on the Tyvek packaging. This corrective measure was not complete because it did not extend to all products that are assembled with silicone.

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH  44622-9642 | EI End: | 01/29/2008 |

- The firm also manufactures the Pulsavac 2 and Pulsavac 3 with silicone.
- Between 1/20/04 and 1/9/08 the firm received 19 complaints on the Pulsavac 2 regarding staining, oily substances or condensation on the packaging of the product.
- A new metering process for the silicone was developed for the Pulsavac Plus assembly and operator training was performed. No changes to the assembly process or training were performed for the Pulsavac 2 and 3. Production of these devices was not halted until 1/7/08.

*Annotation: Corrected and verified.*

Reference: 21 CFR 820.100(a)(3)

Supporting Evidence and Relevance:
<u>Hemovac Autotransfusion System</u>

| | |
|---|---|
| Complaint Records*: | |
| 14204, 14205, 14217, 14586 | Exhibit # 18 |
| *(*Total of 4 records, 1 record (14586) is a complaint involving 2 lots)* | |
| | |
| Notification of Defects: | Exhibit # 19 |
| *5297, 5307, 5325, 5410, 5411, 5573* | |
| | |
| Change Notice 13052 | |
| Old (10/22/04) & New (6/23/06) Drawing 2555/005 | |
| Photos of old and new device design | Exhibit # 20 |
| | |
| QA Inspection Record & Lot Release Records* | Exhibit # 21 |
| *(*All 14 lots identified in the 483 chart.* | |
| *However, the QA inspection record for lot 60493533* | |
| *Could not be found by the firm)* | |
| | |
| List of lots produced between 1/2004 & 1/2008 | Exhibit # 22 |
| | |
| Gant Chart illustrating timeline of events | Exhibit # 23 |

<u>Hemovac Infection Control</u>

| | |
|---|---|
| *Field Removal Info* | Exhibits # 5 & 6 |

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH  44622-9642 | EI End: | 01/29/2008 |

Complaint Records:
14269, 14300, 14351, 14564, 14574, 14575          Exhibit # 12

Notification of Defects:
5642, 5663, 5664, 5665, 5666, 5667, 5668, 5671
5672, 5673, 5674, 5678, 5690, 5790          Exhibit # 24

Instructions For Use          Exhibit # 7

List of lots (non-sterile & sterile)
produced between 12/8/04 and 12/21/07          Exhibit # 25

Gant chart illustrating timeline of events          Exhibit # 26

## Pulsavac Plus

Complaint Records:
13066, 14058, 14070, 14093, 14616, 14686, 14687,
14688, 14771, 14836, 14841, 14862, 14903, 14983,
15011, 15017*, 15049          Exhibit # 27

*This CR is for two lots. The 483 identifies 19 complaints for the Pulsavac II. However this is a mistake because a spreadsheet provided incorrectly listed a complaint twice. There are a total of 18 complaints (17 CRs with one CR listing two lots)

Gant chart illustrating timeline of events          Exhibit # 43

Discussion with Management:

### Hemovac Autotransfusion Systems

The firm received 5 complaints regarding holes in the Tyvek. Additionally, through their own inspection process they also identified the same problem through 6 NDs. When they re-inspected released product still in inventory they found more units with damaged packaging. However, as this issue was identified and the scope of the problem spread throughout lots the firm took no action to adjust their monitoring of the process or inspection of finished product. It was eventually established that to prevent the problem the firm needed to adjust the design of the device to prevent damage from occurring to the packaging. The placement of the hook which was causing the damage can be seen in the old drawing (Exhibit # 20 page 2). The photos on **page 4 of Exhibit # 20** demonstrate the device and the hook in question, both old and new designs. Yet even with the problem identified and a planned correction they continued to manufacture the device under the problematic design and still took no additional steps to control or monitor the process to alleviate the potential for sterility

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH  44622-9642 | EI End: | 01/29/2008 |

compromise as a result of damaged product. **Exhibit # 21** is the product accountability records and QA inspection records that show all 14 lots produced between the change notice and the first device under the new design were inspected at a reduced rate and released.

As the information was pulled and reviewed during the inspection the firm acknowledged the trend pointing to compromised packaging. When asked why they did not previously consider this an issue Ms. Elkins stated that they did not believe the risk was that great. According to her it is a tortuous path for microbes to get to the device because the device is enveloped within a[(b) (4)] wrap inside the sterile barrier packaging. However, the firm did not perform any testing to support this. They also did not test any units for sterility that were found with damaged packaging. Prior to the inspection they had not conducted a risk assessment or health hazard evaluation to validate the presumption of risk. I also stated that re-inspecting inventory stock was not sufficient to remove defective units because the damage could occur during transport or customer storage once the product left Zimmer. Ms. Elkins agreed with this assessment. Ms. Elkins and Mr. Miller initiated a recall of all lots manufactured between 1/01/2003 and 8/21/2006 prior to the close of the inspection.

## Hemovac Infection Control Kits

**Exhibit # 28** is a photo supplied by the firm which illustrates the Hemovac IC unit and the evacuation port in question. In the photo the evacuator port is shown disconnected from the unit. The evacuator is attached to a collection bag. **Exhibit # 29** is a photo provided by the firm of a Hemovac IC which was associated with complaint # 14564. This photo was taken by Zimmer after the device was returned by the hospital. This photo was not taken in the hospital at the time of failure.

The firm received a total of 6 complaints from 2005 to the present for failed evacuator ports (**Exhibit #12**). Additionally they generated a total of 14 NDs since 2005 for the same problem (**Exhibit # 24**). The firm decided to perform a field retrieval in 2006 of lots 60511109 & 60530243. When I questioned Ms. Elkins why only these two lots were chosen for the field removal she stated that based on the information that was reviewed at the time and in discussions with Corporate they felt these two lots were the ones at risk. During the inspection as all the complaint, MDR and ND information was pulled together Ms. Elkins agreed that their initial assessment of the problem and lots involved was not sufficient. However, as it relates to Observation # 1 on 1/11/08 Dale Miller committed to reporting to the agency the field removal of the two original lots (**Exhibit # 10**). I had to re-emphasize my point that limiting the recall to these two lots was not supported by the evidence at hand. On 1/24/08 the Ms. Elkins and Mr. Miller decided to expand the recall to all lots manufactured between 1/2003 & 1/2007.

## Pulsavac Plus

Prior to the start of this inspection the firm had initiated a recall for the Pulsavac Plus wound debridement system as a result of silicone staining on the Tyvek. The firm had received a total of 24 complaints for this device and problem since 5/2007. They investigated the root cause and determined that the problem was a result of too much silicone applied during assembly. This application process was a manual step. Additionally, the firm determined that along with an

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH 44622-9642 | EI End: | 01/29/2008 |

excessive amount of silicone the device had to be exposed to high temperatures and positioned upside down. The high temperature (such as from transport or storage conditions) would cause the silicone to flow. The upside down position allowed the flowing silicone to escape from inside the handle piece and cause the visible staining. The firm had a study performed by a third party laboratory to determine the effect on sterility if the Tyvek barrier has silicone on it. This study indicated no impact on the sterile barrier property of Tyvek with silicone (Exhibit # 30). While reviewing the recall information during this inspection I asked if the firm manufactured any other devices with manual silicone application processes. I was informed the firm also manufactured the Pulsavac 2 and Pulsavac 3 with silicone. After requesting complaint information regarding staining on the Tyvek of these two devices it was revealed that the firm had received 19 complaints on the Pulsavac 2 for staining or some kind of oily substance since 1/2004. I asked Ms. Elkins why the firm had not included the Pulsavac 2 along with the recall of the Pulsavac Plus. Ms. Elkins explained that they had just not gotten to it yet. She stated that the focus had been on fully researching and handling the recall with the Pulsavac Plus and they had not gotten around to reviewing the other devices. However, it had been 8 months since the first CAPA was opened for silicone staining (Exhibit # 35). The original CAPA was opened on 4/20/07 under ID OSP-042007-006. This CAPA was closed and reopened on 7/20/07 as ID OSP-072007-010 because of personnel changes.

In addition to the recall the firm took steps to adjust the process of applying silicone. They instituted a metering system in order to control the amount dispensed. This new process was put into place, employees trained and the output verified on the Pulsavac Plus line. The firm had not yet made changes to the assembly process, conducted training or advised employees about the silicone application process for the Pulsavac 2 and Pulsavac 3.

The firm ceased distribution of the Pulsavac 2 & 3 on 1/7/08. The Pulsavac Plus recall was expanded on 1/24/08 to include the Pulsavac 2 & 3. The firm is going to discontinue production of the Pulsavac 2 & 3 altogether.

Correction:

The firm recalled the H.A.S, the Hemovac IC and the Pulsavac II & III. The recall information has been submitted to the District Recall Coordinator. The recalls had not been classified by the close of this inspection.

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH  44622-9642 | EI End: | 01/29/2008 |

OBSERVATION 6

Corrective and preventive action activities have not been documented, including analysis of sources of quality data and investigations of causes of nonconformities.

1. Not all sources that feed into CAPA were documented within the CAPA record.

- CAPA ID  OSP-092905-007 was opened on 9/29/05 as a result of Notice of Defect # 5410 dated 9/7/05 issued for holes in the sterile barrier packaging of the *Hemovac Autotransfusion System*. The CAPA was then closed on 6/29/06 after Change Notice 13052 was issued. However, this CAPA did not capture that between 4/6/05 and 7/12/06 five additional Notification of Defects were issued for holes in the sterile barrier packing. Additionally, the CAPA did not capture that between 3/28/05 and 12/1/06 five complaints were received for holes in the sterile barrier packaging.

- CAPA ID OSP-111406-001 was opened on 11/14/06 as a result of two customer complaints regarding the 90 degree elbow port dislodging from the *Hemovac Infection Control Kits*. The CAPA was closed on 1/8/07. The CAPA does not document that between 8/8/05 and 11/16/06 the firm received a total of 6 complaints (2 of which were filed as MDRs) for this device related to the elbow port dislodging.

- CAPA ID OSP-112906-002 was opened on 11/29/06 for Deviation/Process issues associated with the elbow ports on the *Hemovac Infection Control Kits*. This CAPA was closed on 3/14/07. This CAPA does not document that between 10/10/06 and 11/29/06 a total of 14 Notification of Defects were issued for Hemovac Infection Control Kits found with insufficient elbow port bonds.

- CAPA IDs OSP-072007-010 and OSP-110207-002 were opened for complaints received regarding staining on the Tyvek packaging of the Pulsavac Plus systems. These CAPAs did not identify the 19 complaints received for the Pulsavac 2 for the same issue. There was not a separate CAPA opened for this device.

2. Not all CAPA activities are documented.

- CAPA ID OSP-083007-003 was opened on 8/30/07 for non-conforming product. The tip to fluid barrel bond on the Narrow Intramedullary Tip was failing when QA tested the bond after it had already been tested by Manufacturing. As part of the root cause analysis 30 samples were tested to determine the effects of duplicate testing on bond strength. This CAPA was set to Complete on 8/30/07. There is no documentation for these 30 samples.

Establishment Inspection Report
Zimmer Orthopaedic Surgical Products
Dover, OH  44622-9642

| | |
|---|---|
| FEI: | 1526350 |
| EI Start: | 01/07/2008 |
| EI End: | 01/29/2008 |

*Annotation: Promised to correct by 2/19/2008.*

Reference: 21 CFR 820.100(b)

Supporting Evidence and Relevance:

### Hemovac Autotransfusion System
    CAPA Records:

        OSP-092905-007                Exhibit # 31

        OSP-083007-003                Exhibit # 32

    Complaints Records:             Exhibit # 18

    Notification of Defects           Exhibit # 19

### Hemovac Infection Control Kits
    CAPA Record:

        OSP-111406-001                Exhibit # 33

    Complaints                 Exhibit # 12

    MDRs                    Exhibit # 8 & 9

    CAPA Record:

        OSP-112906-002                Exhibit # 34

    Notification of Defects           Exhibit # 24

### Pulsavac Plus
    CAPA Record:

        OSP-072007-010                Exhibit # 35

    Complaints                 Exhibit # 27

### Intramedullary Tip
    CAPA Record:

        OSP-083007-003                Exhibit # 32

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH 44622-9642 | EI End: | 01/29/2008 |

**Discussion with Management:**

I indicated that it appears the reason why the problems with the three devices were not identified sooner was because the CAPA records were too narrowly focused and shielded the true extent of the problem. I explained that the CAPA records need to be a dynamic piece of information and not isolated to one particular moment. I asked why all the inputs into CAPA were not being updated into open CAPAs. Ms. Elkins explained that when they had information that would necessitate a CAPA one would be opened based on that input. Any subsequent information was discussed in during Management Review. Ms. Elkins did concede that they had been relying too much on individual knowledge of information. Up until this inspection the firm had believed their complaint and ND rate was low enough that they could keep track of it by adding information to a spreadsheet that was used for tracking and trending by Management. However, this method still individualized the information instead of funneling it together the way the CAPA system is supposed to work. The firm also acknowledged that this lapse in information was a result of limitations in their current(b) (4) system. All representatives of the firm who were involved in discussions regarding the CAPA system were in agreement that the current SOP and system needed to be changed to make it a more useful tool.

**Correction:**

The firm plans to prevent the failure to include all inputs into a CAPA record from happening again by the implementation of their new CAPA system. Ms. Elkins and Mr. Carter believe this procedure and process change will correct the system problem which permeated their old CAPA system. Additionally, to deal with the specific items address in this observation they will retroactively feed this information into the new system. This will also allow them a practice round under the new CAPA system.

---

**OBSERVATION 7**

---

Sampling plans are not defined, documented, implemented, and based on valid statistical rationale.

1. Specifically, the firm has not been properly tracking the lots to justify the switch between reduced, normal and tightened inspection levels. The firm has been tracking each inspection performed in sequence regardless if it was a QA initial inspection or a QA re-inspection. This tracking does not represent the actual sequence of production lots. By not tracking the inspections based on production order they are not adequately monitoring the control of the process nor does it provide the defined justification for switching the sampling level.

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH 44622-9642 | EI End: | 01/29/2008 |

For example, the following chart demonstrates the sequence of lots in production order for the *Hemovac Infection Control Kits:*

| Lot | Date | Sampling Plan |
|---|---|---|
| 60621372 | 12/1/06 | Normal |
| 60612123 | 12/8/06 | Tightened |
| 60617399 | 12/22/06 | Normal |
| 60622522 | 1/5/07 | Normal |

According to Z.P.C. 7.1200 4.3.3 in order to switch from tightened to normal 5 consecutive lots must be accepted under tightened before normal sampling can commence.

2. According to SOP Z.P.C. 7.1200 4.3.3 lots inspected under Tightened level are to be recorded on form QA 778. SOP Z.P.C. 7.1200 4.3.4.1 instructs lots inspected under Normal level to be recorded on form QA 717. Forms QA 778 & 717 are not retained by the firm as official quality system records.

3. No where in the firm's written procedures does it define what sampling plan to use after a design change has been implemented. For example, Change Notice # 13052 was issued on 6/21/06 to change the design of the *Hemovac Autotransfusion Systems*. Just prior to the change the device was being inspected under the reduced plan. The first lot (60516560) produced under the new design was also inspected under the reduced sampling plan. The firm did not have sufficient data on the production of the device under the new design to indicate the process was controlled enough to sample at only the reduced level.

*Annotation: Corrected and verified.*

Reference: 21 CFR 820.250(b)

Supporting Evidence and Relevance:

    SOP Z.P.C. 7.1200
    Single Sampling Plan for Attributes           Exhibit # 37

    Forms QA 778 & 717a           Exhibit # 38

    List of lots in recorded order           Exhibit # 39

| Establishment Inspection Report | EI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH 44622-9642 | EI End: | 01/29/2008 |

List of lots in production order                    Exhibit # 40

Change Notice 13052                    Exhibit # 20

Discussion with Management:

When I originally asked to see the sampling plan status for certain lots of Hemovac IC to demonstrate the switch tightened to normal I was provided the table in Exhibit # 39. As I was reviewing the information I compared the lot numbers to the list of lot numbers provided in a list of sequential lot manufactured. I noticed that the lot numbers shown in list of sampling plans were not in the same order as the lots in production sequence. I also questioned how personnel would know what sampling plan to use when they went to pull samples from a lot. It was determined that the QA department was using forms Q.A. 717a & 778 to track the lots and sampling plan used to know when to switch (Exhibit # 38). However, they were recording every lot and sampling operation performed on these forms. This resulted in tracking a lot sampled that may be a re-sample and not just the initial QA sampling of the lot. I explained to the firm that the purpose of these sampling plans was to generate data on lots for a given period of time to reflect the output of the process. Once the order of the lots is moved around the information is no longer reflective of the outcome of the process. In the case of the Hemovac IC lots the firm did not successfully manufacture 5 consecutive lots that passed QA sampling at the tightened level before switching to normal. A second chart was produced that listed the lots in production order and demonstrated that the 5 consecutive lots on a tightened plan was not achieved (Exhibit # 40). The firm acknowledged that their tracking had gotten skewed and they needed to address this and get it back on track. They also agreed that they needed to save these forms which are identified in the SOP and used for quality monitoring purposes.

Additionally, I explained that when a significant change occurs to the process, such as a design change, this needs to be considered as an input into their sampling plan. I explained that I did not see the rational in continuing to inspect a process at a reduced rate when a significant input into that process has been altered. The firm agreed with this assessment and acknowledged that it had been an oversight on their part to not have this issue identified and spelled out in the procedure.

Correction:

The firm has revised SOP Single Sampling Plan for Attributes. They also now require retention of all forms used for tracking. They also revised their SOP for Change Notice Procedure to require a change in inspection levels if necessary.

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH  44622-9642 | EI End: | 01/29/2008 |

## OBSERVATION 8

Changes were not documented.

Specifically, the firm identified the glue pots used in the assembly of the *Hemovac Infection Control Kits* as part of the root cause of the insufficient solvent bonds. The solvent well on the glue pot was modified to allow for better submersion of the port and a pin was added to the center of the depression to prevent air bubbles from forming during the dipping process.

- No Change Notice was issued for these modifications to the glue pots. There were 3 glue pots in total that were modified. There is no other written record of this modification.

Additionally, Glue pots are common to almost all assembly procedures for the firm's devices. Only the glue pots used in the *Hemovac Infection Control Kits* have been modified.

- These glue pots are not identified in any way to distinguish which assembly process or device they are designated for or to identify the current version of glue pot after a modification.

*Annotation: Corrected and verified.*

Reference: 21 CFR 820.70(b)

Supporting Evidence and Relevance:
   Photo of Glue Pot                                Exhibit # 42
      (*Please note this photo shows the glue pot with the newly implemented identification number.)

Discussion with Management:
The changes to the glue pot were made in addition to process changes and modifications to the shape of the port component. All alterations were documented in a written Change Notice except the changes to the glue part. After observing the glue pots in the assembly area I questioned how the firm keeps track of them since they are common to most procedures and were not identified. The firm acknowledged that the modifications to the glue pot should have been issued through the same channels as other design changes and recorded in a written form. They also agreed that as an ancillary piece of equipment for production these glue pots should be identified.

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH  44622-9642 | EI End: | 01/29/2008 |

Correction:

The firm issued a Change Notice for the glue pots and changed the SOP Control of Production Tooling and Blueprint/MDC Control Procedure for handling changes and process equipment. These were provided at the closeout meeting. The firm also stamped the glue pots with identification numbers.

REFUSALS

There were no refusals.

GENERAL DISCUSSION WITH MANAGEMENT

A closeout meeting was held with the following people in attendance:

Audrey Beckman, *Interim* Vice President & General Manager

Joyce Elkins, Director Quality Assurance & Regulatory Affairs

Cindy Dickey, Regulatory Compliance Manager

Erick Gustin, Manager Microbiology / Sterilization

Chuck Pribble, Director Finance

Jeff Hootman, Director Supply Chain Management

Mark Mahaffey, Associate Director Operations

Robin Waltz, Director Human Resources

Tim Donaldson, Director Product Development

Phil Daniels, Director Marketing

The following individuals participated in the close-out via conference call:

Michael Carter, Vice President Global Quality & Regulatory Affairs

George Stanback, Director of Operations (Zimmer North Carolina)

Each observation on the FDA 483 was read and discussed. Each observation was annotated. The firm acknowledged the problems that were listed in the FDA 483. Mr. Carter stated that Zimmer is actively involved in updating their Quality Systems on a global level and have taken all these issues into consideration. The firm also plans to provide a written response to the FDA 483 which will address all corrections and additional steps the firm is working on.

The firm submitted a written response to the District dated 2/14/2008. This 2 volume response includes the documentation (SOPs, training records, corrected CAPAs, etc) the firm identified during the inspection and at the closeout that would be part of their corrective actions.

Establishment Inspection Report

Zimmer Orthopaedic Surgical Products

Dover, OH  44622-9642

FEI:            1526350

EI Start:    01/07/2008

EI End:     01/29/2008

## SAMPLES COLLECTED
DOC 448152

## EXHIBITS COLLECTED
1.  Organizational Chart
2.  SOP Zimmer OSP Corrective / Preventative Action program
3.  (b) (4) _____ Sterilization Validation Report
4.  Current (b) (4) _____ Sterilization Verification Report
5.  Rational For Infection Control Retrieval
6.  Infection Control Hemovac Evacuator Kit Retrieval Closeout Report
7.  Hemovac Infection Control Instructions For Use
8.  MDR # 1526350-2005-0020
9.  MDR # 1526350-2006-001
10. Letter of Notification for Reported Hemovac IC field retrieval
11. Example of EO Cycle Data
12. Hemovac IC Complaint Records
13. SOP *Medwatch Reporting / CMDR Reports*
14. SOP *Processing Customer Complaints, MDRs, CMDRs and Vigilance Reports*
15. CAPA record OSP 061107-001
16. CAPA record OSP 092707-002
17. SOP (b) (4)   *Status Overview and Use Instructions*
18. H.A.S. Complaint Records
19. H.A.S. Notification of Defects
20. Change Notice 13052, Old & New Design Drawings & photos of old / new design
     (photo provided by firm)
21. Release Records & QA inspection Records for 14 H.A.S. lots listed in Observation # 5
22. List of H.A.S. lots
23. H.A.S. Gant Chart
24. Hemovac IC Notification of Defects
25. Hemovac IC List of Lots
26. Hemovac IC Gant Chart
27. Pulsavac II Complaint Records
28. Photo of Hemovac IC (printed photo supplied by firm)
29. Photo of Hemovac IC from complaint # 14564
     (photo provided by firm)

| Establishment Inspection Report | FEI: | 1526350 |
|---|---|---|
| Zimmer Orthopaedic Surgical Products | EI Start: | 01/07/2008 |
| Dover, OH  44622-9642 | EI End: | 01/29/2008 |

30. Study to determine affect of silicone on Tyvek sterile barrier properties
31. CAPA Record OSP 092905-007
32. CAPA Record OSP 083007-003
33. CAPA Record OSP 111406-001
34. CAPA Record OSP 112906-002
35. CAPA Record OSP 072007-010
36. *This Exhibit # not used*
37. SOP *Single Sampling plan for Attributes*
38. Forms QA 778 & 717a
39. List of lots and sampling plan status as recorded for Hemovac IC
40. List of lots and sampling plan status in production order for Hemovac IC
41. *This Exhibit # not used*
42. Photo of a glue pot (printed photo provided by firm)
43. Gant chart for Pulsavac II (Dual Spike)
44. H.A.S. Insert
45. Pulsavac Insert

**ATTACHMENTS**
FDA 482
FDA 483 Annotated


Mary E. Storch, Investigator

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 6751 Steger Drive<br>Cincinnati, OH  45237-3097<br>(513) 679-2700  Fax:(513) 679-2772 | 01/07/2008 - 01/29/2008* |
| | FEI NUMBER |
| | 1526350 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

**TO:**  Joyce K. Elkins, Director Quality Assurance & Regulatory Affairs

| FIRM NAME | STREET ADDRESS |
|---|---|
| Zimmer Orthopaedic Surgical Products | 200 W Ohio Ave |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Dover, OH  44622-9642 | Medical Device Manufacturer |

This document lists observations made by the FDA representative(s) during the inspection of your facility. They are inspectional observations, and do not represent a final Agency determination regarding your compliance. If you have an objection regarding an observation, or have implemented, or plan to implement, corrective action in response to an observation, you may discuss the objection or action with the FDA representative(s) during the inspection or submit this information to FDA at the address above. If you have any questions, please contact FDA at the phone number and address above.

*The observations noted in this Form FDA-483 are not an exhaustive listing of objectionable conditions. Under the law, your firm is responsible for conducting internal self-audits to identify and correct any and all violations of the quality system requirements.*

**DURING AN INSPECTION OF YOUR FIRM I OBSERVED:**

**OBSERVATION 1**

A correction or removal, conducted to reduce a risk to health posed by a device, was not reported in writing to FDA.

Specifically, on 12/6/2006 the firm initiated a field retrieval of their *Hemovac Infection Control Kits* lots 60511109 and 60530243. This retrieval was initiated as a result of insufficient solvent applied to the 90 degree elbow port. This port is used to evacuate the device of bodily fluids collected from wound drainage. In 2005 and 2006 the firm received a total of 6 complaints ( 2 were processed as MDRs) reporting that the elbow port was dislodging during the evacuation process. The complaints document that as a result of this port failure there was a spill and/or spray of bodily fluids.

This field retrieval was not submitted to the Agency until 1/11/2008 when the firm decided to report the field removal. On 1/24/08 the firm reported to the Agency that they were expanding the lot numbers involved in the field removal.

**OBSERVATION 2**

A justification for not reporting the correction or removal action to FDA that included conclusions, follow-ups, and reviews by a designated person was not included in the record.

Specifically, on 12/06/2006 the firm decided to perform a field retrieval of lots 60511109 and 60530243 of the *Hemovac Infection Control Kits*. The firm determined that the 90 degree elbow ports located on the Hemovac had insufficient solvent bonds to withstand the force required to expel body fluids from the unit. This expulsion of body fluids is described in the device's Instruction For Use as the method to reactivate the evacuator in order to provide further wound drainage.

| SEE REVERSE<br>OF THIS PAGE | This is a modified document. | DATE ISSUED |
|---|---|---|
| | | 01/29/2008 |

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 6751 Steger Drive<br>Cincinnati, OH 45237-3097<br>(513) 679-2700  Fax:(513) 679-2772 | 01/07/2008 - 01/29/2008*<br>FEI NUMBER<br>1526350 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

**TO:** Joyce K. Elkins, Director Quality Assurance & Regulatory Affairs

| FIRM NAME | STREET ADDRESS |
|---|---|
| Zimmer Orthopaedic Surgical Products | 200 W Ohio Ave |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Dover, OH 44622-9642 | Medical Device Manufacturer |

Neither the firm's written "Rational for Infection Control Retrieval" or "Infection Control Hemovac Evacuator Kit Retrieval Closeout Report"  include any justification to support or explain why the firm determined this removal action to be non-reportable.

**OBSERVATION 3**

An MDR report was not submitted within 30 days of receiving or otherwise becoming aware of information that reasonably suggests that a marketed device may have caused or contributed to a death or serious injury.

Between 8/8/05 and 11/16/06 the firm has received a total of 6 complaints involving the failure of the *Hemovac Infection Control Kits* to function as described in the Instructions For Use. The elbow port on the device came off during the evacuation of the device causing bodily fluids to spill and/or spray out.

Out of these 6 complaints the firm submitted two as MDRs because the Hospital making the complaints had already initiated Medwatch Reports.

The following 4 complaints involving failure of the device and resulting in a blood exposure were not submitted as MDRs:

| Complaint Record # | Date Received | Descriptions from complaint record |
|---|---|---|
| 14269 | 8/8/05 | "Elbow came apart from Hemovac", "…nurse had squeezed the evacuator and sprayed himself with blood." |
| 14564 | 11/3/06 | "Cracked dome on Hemovac", "…a nurse was splattered with blood when the unit failed in some manner." |
| 14574 | 11/15/06 | "when activate for second time into bag nozzle pops off spilling blood everywhere" |
| 14575 | 11/16/06 | "when activating for second time into bag nozzle pops off spilling blood everywhere. These were in the ICU!" |

| SEE REVERSE OF THIS PAGE | This is a modified document. | DATE ISSUED<br>01/29/2008 |
|---|---|---|

FORM FDA 483 (04/03)     PREVIOUS EDITION OBSOLETE     **INSPECTIONAL OBSERVATIONS**     PAGE 2 OF 10 PAGES

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 6751 Steger Drive<br>Cincinnati, OH  45237-3097<br>(513) 679-2700  Fax:(513) 679-2772 | 01/07/2008 - 01/29/2008*<br>**FEI NUMBER**<br>1526350 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

**TO:**  Joyce K. Elkins, Director Quality Assurance & Regulatory Affairs

| FIRM NAME | STREET ADDRESS |
|---|---|
| Zimmer Orthopaedic Surgical Products | 200 W Ohio Ave |
| **CITY, STATE, ZIP CODE, COUNTRY** | **TYPE ESTABLISHMENT INSPECTED** |
| Dover, OH  44622-9642 | Medical Device Manufacturer |

**OBSERVATION 4**

The procedures addressing documentation of corrective and preventive action activities were not defined, documented, and complete.

**1.** There is no defined and documented review or oversight of CAPA by the Quality and/or Regulatory department. The effectiveness of a CAPA is determined by the responsible party assigned to investigate the root cause. The firm's SOP Z.P.C. 1.1701 Zimmer OSP Corrective / Preventative Action Program does not explain how a CAPA is reviewed and determined to be closed. Currently the firm closes a CAPA when it appears all information in the form has been completed. The actual content of the root cause analysis and planned corrective / preventative actions is not reviewed by the Quality / Regulatory department.

**2.** A total of 22 CAPA records from January 1, 2005 until January 1, 2008 were reviewed. The following are inconsistencies that were not caught prior to closing the CAPA:

- CAPA ID OSP-061107-001 is listed as "closed". This CAPA is still ongoing and has a follow-up date of 4/11/08. The            system automatically sets CAPAs to closed because information was entered in the "Follow Up Information" section.

- CAPA ID OSP-092707-002 was closed on 10/23/07. The "Follow Up Information" entered on 10/23/07 indicated that no Notice of Defects had been issued for 3 months. However, the corrective action was initiated on 10/8/07 making it less than 3 months between correction and follow up.

**OBSERVATION 5**

Not all of the actions needed to correct and prevent the recurrence of nonconforming product and other quality problems have been identified.

**1. HEMOVAC AUTOTRANSFUSION SYSTEMS**

Between 4/5/05 and 12/6/06 the firm received a total of 5 complaints regarding holes in the sterile barrier packaging of this device. Additionally, between 4/6/05 and 7/12/06 the firm generated a total of 6 Notification of Defect for product found during QA post sterilization inspection or re-inspection of product released to stock that had holes in the sterile barrier packaging.

| SEE REVERSE OF THIS PAGE | This is a modified document. | DATE ISSUED<br>01/29/2008 |
|---|---|---|

| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 3 OF 10 PAGES |
|---|---|---|---|

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 6751 Steger Drive<br>Cincinnati, OH  45237-3097<br>(513) 679-2700  Fax:(513) 679-2772 | 01/07/2008 - 01/29/2008*<br>**FEI NUMBER**<br>1526350 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

**TO:** Joyce K. Elkins, Director Quality Assurance & Regulatory Affairs

| FIRM NAME | STREET ADDRESS |
|---|---|
| Zimmer Orthopaedic Surgical Products | 200 W Ohio Ave |
| **CITY, STATE, ZIP CODE, COUNTRY** | **TYPE ESTABLISHMENT INSPECTED** |
| Dover, OH  44622-9642 | Medical Device Manufacturer |

- The firm made no changes or adjustments to their process or sampling plan after becoming aware of the potential for sterility compromises. The QA post sterilization inspection remained at a Reduced level despite SOP Z.P.C. 7.1200 which states to switch from reduced to normal if production becomes irregular.
- No risk assessment or health hazard evaluation was performed to determine the impact of product distributed to the field that may have compromised sterility.

The holes in the sterile barrier packaging were determined to be a result of a design issued which allowed a hook to rub against the Tyvek side of the package causing slits. Change Notice # 13052 was issued on 6/21/06 to change the placement of this hook. However, the firm continued to manufacture, inspect at a reduced rate and distribute the following lots under the old design with no additional monitoring of the process or finished product to assess the possibility of sterile packaging defects:

| Catalog # | Lot # | Release Date | Lot Quantity |
|---|---|---|---|
| 2555-020-05 | 60488205 | 7/5/06 | 897 |
| 2555-030-05 | 60484365 | 7/5/06 | 895 |
| 2555-030-05 | 60493533 | 7/5/06 | 887 |
| 2555-050-05 | 60479925 | 7/5/06 | 795 |
| 2555-050-05 | 60479926 | 7/5/06 | 795 |
| 2555-050-05 | 60496979 | 7/12/06 | 797 |
| 2555-050-05 | 60496980 | 7/12/06 | 797 |
| 2555-050-05 | 60488206 | 7/19/06 | 795 |
| 2555-020-05 | 60501743 | 7/20/06 | 897 |
| 2555-030-05 | 60501744 | 7/20/06 | 890 |
| 2555-030-05 | 60506599 | 8/18/06 | 897 |
| 2555-050-05 | 60511136 | 8/18/06 | 795 |
| 2555-050-05 | 60511137 | 8/18/06 | 795 |
| 2555-050-05 | 60506601 | 8/18/06 | 797 |

## 2. HEMOVAC INFECTION CONTROL KITS

As a corrective action the firm initiated a non-reportable field removal of lots 60511109 and 60530243 of their *Hemovac Infection Control Kits*. The firm identified that the 90 degree elbow port was insufficiently bonded. The insufficient bond could result in a bodily fluid exposure when the device was evacuated as described in its Instruction For Use. The firm did not have sufficient evidence to conclude the problem was isolated to these two lots.

| **SEE REVERSE OF THIS PAGE** | This is a modified document. | DATE ISSUED<br>01/29/2008 |
|---|---|---|

<table>
<tr><td colspan="2" align="center">DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>FOOD AND DRUG ADMINISTRATION</td></tr>
</table>

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 6751 Steger Drive<br>Cincinnati, OH  45237-3097<br>(513) 679-2700  Fax:(513) 679-2772 | 01/07/2008 - 01/29/2008*<br>**FEI NUMBER**<br>1526350 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED
**TO:** Joyce K. Elkins, Director Quality Assurance & Regulatory Affairs

| FIRM NAME | STREET ADDRESS |
|---|---|
| Zimmer Orthopaedic Surgical Products | 200 W Ohio Ave |
| **CITY, STATE, ZIP CODE, COUNTRY**<br>Dover, OH  44622-9642 | **TYPE ESTABLISHMENT INSPECTED**<br>Medical Device Manufacturer |

- Between 8/8/05 and 11/16/06 the firm received 6 complaints for this problem. 1 complaint identified lot # 60530243. Additionally, lot # 60236428 was identified in a complaint and 4 complaints could not identify a specific lot.
- The firm re-inspected lots that had been released but had stock remaining in their warehouse and identified the following lots with insufficient bonds; 60440025, 60554807, 60565010, 60570976. The nonconforming devices were rejected but it was not documented whether devices from these additional lots were distributed prior to the re-inspection.
- Additionally, these two lots were manufactured between the two lots involved in the field removal; 60520507 and 60525201. These lots were not re-inspected and this is no information to rationalize why they weren't included in the original field removal.
- No Risk Assessment or Health Hazard Evaluation was performed to determine the impact of product distributed to the field which may have an insufficiently bonded elbow port which could cause a bodily fluid exposure.

### 3. Pulsavac Plus

On 12/18/07 the firm notified the Agency of a recall involving the Pulsavac Plus wound debridement systems as a result of silicone staining on the Tyvek packaging. This corrective measure was not complete because it did not extend to all products that are assembled with silicone.

- The firm also manufactures the Pulsavac 2 and Pulsavac 3 with silicone.
- Between 1/20/04 and 1/9/08 the firm received 19 complaints on the Pulsavac 2 regarding staining, oily substances or condensation on the packaging of the product.
- A                process for the silicone was developed for the Pulsavac Plus assembly and operator training was performed. No changes to the assembly process or training were performed for the Pulsavac 2 and 3. Production of these devices was not halted until 1/7/08.

---

### OBSERVATION 6

Corrective and preventive action activities have not been documented, including analysis of sources of quality data and investigations of causes of nonconformities.

**1.** Not all sources that feed into CAPA were documented within the CAPA record.

- CAPA ID  OSP-092905-007 was opened on 9/29/05 as a result of Notice of Defect # 5410 dated

---

| SEE REVERSE<br>OF THIS PAGE | This is a modified document. | DATE ISSUED<br>01/29/2008 |
|---|---|---|

| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 5 OF 10 PAGES |

| DEPARTMENT OF HEALTH AND HUMAN SERVICES | |
| --- | --- |
| FOOD AND DRUG ADMINISTRATION | |
| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
| 6751 Steger Drive<br>Cincinnati, OH  45237-3097<br>(513) 679-2700  Fax:(513) 679-2772 | 01/07/2008 - 01/29/2008* |
| | FEI NUMBER |
| | 1526350 |
| NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED | |
| TO:  Joyce K. Elkins, Director Quality Assurance & Regulatory Affairs | |
| FIRM NAME | STREET ADDRESS |
| Zimmer Orthopaedic Surgical Products | 200 W Ohio Ave |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Dover, OH  44622-9642 | Medical Device Manufacturer |

9/7/05 issued for holes in the sterile barrier packaging of the *Hemovac Autotransfusion System*. The CAPA was then closed on 6/29/06 after Change Notice 13052 was issued. However, this CAPA did not capture that between 4/6/05 and 7/12/06 five additional Notification of Defects were issued for holes in the sterile barrier packing. Additionally, the CAPA did not capture that between 3/28/05 and 12/1/06 five complaints were received for holes in the sterile barrier packaging.

- CAPA ID OSP-111406-001 was opened on 11/14/06 as a result of two customer complaints regarding the 90 degree elbow port dislodging from the *Hemovac Infection Control Kits*. The CAPA was closed on 1/8/07. The CAPA does not document that between 8/8/05 and 11/16/06 the firm received a total of 6 complaints (2 of which were filed as MDRs) for this device related to the elbow port dislodging.

- CAPA ID OSP-112906-002 was opened on 11/29/06 for Deviation/Process issues associated with the elbow ports on the *Hemovac Infection Control Kits*. This CAPA was closed on 3/14/07. This CAPA does not document that between 10/10/06 and 11/29/06 a total of 14 Notification of Defects were issued for Hemovac Infection Control Kits found with insufficient elbow port bonds.

- CAPA IDs OSP-072007-010 and OSP-110207-002 were opened for complaints received regarding staining on the Tyvek packaging of the Pulsavac Plus systems. These CAPAs did not identify the 19 complaints received for the Pulsavac 2 for the same issue. There was not a separate CAPA opened for this device.

**2.** Not all CAPA activities are documented.

- CAPA ID OSP-083007-003 was opened on 8/30/07 for non-conforming product. The tip to fluid barrel bond on the Narrow Intramedullary Tip was failing when QA tested the bond after it had already been tested by Manufacturing. As part of the root cause analysis 30 samples were tested to determine the effects of duplicate testing on bond strength. This CAPA was set to Complete on 8/30/07. There is no documentation for these 30 samples.

**OBSERVATION 7**

Sampling plans are not defined, documented, implemented, and based on valid statistical rationale.

| SEE REVERSE OF THIS PAGE | This is a modified document. | DATE ISSUED |
| --- | --- | --- |
| | | 01/29/2008 |

| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 6 OF 10 PAGES |
| --- | --- | --- | --- |

DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 6751 Steger Drive<br>Cincinnati, OH  45237-3097<br>(513) 679-2700  Fax:(513) 679-2772 | 01/07/2008 - 01/29/2008*<br><br>FEI NUMBER<br>1526350 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED
TO:  Joyce K. Elkins, Director Quality Assurance & Regulatory Affairs

| FIRM NAME | STREET ADDRESS |
|---|---|
| Zimmer Orthopaedic Surgical Products | 200 W Ohio Ave |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Dover, OH  44622-9642 | Medical Device Manufacturer |

1. Specifically, the firm has not been properly tracking the lots to justify the switch between reduced, normal and tightened inspection levels. The firm has been tracking each inspection performed in sequence regardless if it was a QA initial inspection or a QA re-inspection. This tracking does not represent the actual sequence of production lots. By not tracking the inspections based on production order they are not adequately monitoring the control of the process nor does it provide the defined justification for switching the sampling level.

For example, the following chart demonstrates the sequence of lots in production order for the *Hemovac Infection Control Kits*:

| Lot | Date | Sampling Plan |
|---|---|---|
| 60621372 | 12/1/06 | Normal |
| 60612123 | 12/8/06 | Tightened |
| 60617399 | 12/22/06 | Normal |
| 60622522 | 1/5/07 | Normal |

According to **Z.P.C. 7.1200 4.3.3** in order to switch from tightened to normal 5 consecutive lots must be accepted under tightened before normal sampling can commence.

2. According to SOP **Z.P.C. 7.1200 4.3.3** lots inspected under Tightened level are to be recorded on form **QA 778**. SOP **Z.P.C. 7.1200 4.3.4.1** instructs lots inspected under Normal level to be recorded on form **QA 717**.  Forms **QA 778 & 717** are not retained by the firm as official quality system records.

3. No where in the firm's written procedures does it define what sampling plan to use after a design change has been implemented. For example, Change Notice # 13052 was issued on 6/21/06 to change the design of the *Hemovac Autotransfusion Systems*. Just prior to the change the device was being inspected under the reduced plan. The first lot (60516560) produced under the new design was also inspected under the reduced sampling plan. The firm did not have sufficient data on the production of the device under the new design to indicate the process was controlled enough to sample at only the reduced level.

**OBSERVATION 8**

Changes were not documented.

Specifically, the firm identified the glue pots used in the assembly of the *Hemovac Infection Control*

| SEE REVERSE<br>OF THIS PAGE | This is a modified document. | DATE ISSUED<br>01/29/2008 |
|---|---|---|

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 6751 Steger Drive<br>Cincinnati, OH  45237-3097<br>(513) 679-2700  Fax:(513) 679-2772 | 01/07/2008 - 01/29/2008*<br><br>FEI NUMBER<br>1526350 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

**TO:**  Joyce K. Elkins, Director Quality Assurance & Regulatory Affairs

| FIRM NAME | STREET ADDRESS |
|---|---|
| Zimmer Orthopaedic Surgical Products | 200 W Ohio Ave |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Dover, OH  44622-9642 | Medical Device Manufacturer |

*Kits* as part of the root cause of the insufficient solvent bonds. The solvent well on the glue pot was modified to allow for better submersion of the port and a pin was added to the center of the depression to prevent air bubbles from forming during the dipping process.

- No Change Notice was issued for these modifications to the glue pots. There were 3 glue pots in total that were modified. There is no other written record of this modification.

Additionally, Glue pots are common to almost all assembly procedures for the firm's devices. Only the glue pots used in the *Hemovac Infection Control Kits* have been modified.

- These glue pots are not identified in any way to distinguish which assembly process or device they are designated for or to identify the current version of glue pot after a modification.

| SEE REVERSE<br>OF THIS PAGE | This is a modified document. | DATE ISSUED<br><br>01/29/2008 |
|---|---|---|

| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE | INSPECTIONAL OBSERVATIONS | PAGE 8 OF 10 PAGES |
|---|---|---|---|

### DEPARTMENT OF HEALTH AND HUMAN SERVICES
FOOD AND DRUG ADMINISTRATION

| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
|---|---|
| 6751 Steger Drive<br>Cincinnati, OH  45237-3097<br>(513) 679-2700  Fax:(513) 679-2772 | 01/07/2008 - 01/29/2008* |
| | FEI NUMBER |
| | 1526350 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

**TO:**  Joyce K. Elkins, Director Quality Assurance & Regulatory Affairs

| FIRM NAME | STREET ADDRESS |
|---|---|
| Zimmer Orthopaedic Surgical Products | 200 W Ohio Ave |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Dover, OH  44622-9642 | Medical Device Manufacturer |

## Observation Annotations

| | | | |
|---|---|---|---|
| Observation 1: | Reported corrected, not verified. | Observation 2: | Promised to correct. |
| Observation 3: | Corrected and verified. | Observation 4: | Reported corrected, not verified. |
| Observation 5: | Corrected and verified. | Observation 6: | Promised to correct by 2/19/2008. |
| Observation 7: | Corrected and verified. | Observation 8: | Corrected and verified. |

| **SEE REVERSE OF THIS PAGE** | This is a modified document. | DATE ISSUED |
|---|---|---|
| | | 01/29/2008 |

| FORM FDA 483 (04/03) | PREVIOUS EDITION OBSOLETE | **INSPECTIONAL OBSERVATIONS** | PAGE 9 OF 10 PAGES |
|---|---|---|---|

### DEPARTMENT OF HEALTH AND HUMAN SERVICES
#### FOOD AND DRUG ADMINISTRATION

| | |
|---|---|
| DISTRICT ADDRESS AND PHONE NUMBER | DATE(S) OF INSPECTION |
| 6751 Steger Drive | 01/07/2008 - 01/29/2008* |
| Cincinnati, OH  45237-3097 | FEI NUMBER |
| (513) 679-2700  Fax:(513) 679-2772 | 1526350 |

NAME AND TITLE OF INDIVIDUAL TO WHOM REPORT ISSUED

TO:  Joyce K. Elkins, Director Quality Assurance & Regulatory Affairs

| | |
|---|---|
| FIRM NAME | STREET ADDRESS |
| Zimmer Orthopaedic Surgical Products | 200 W Ohio Ave |
| CITY, STATE, ZIP CODE, COUNTRY | TYPE ESTABLISHMENT INSPECTED |
| Dover, OH  44622-9642 | Medical Device Manufacturer |

**\* DATES OF INSPECTION:**
01/07/2008(Mon), 01/08/2008(Tue), 01/09/2008(Wed), 01/10/2008(Thu), 01/11/2008(Fri), 01/16/2008(Wed), 01/18/2008(Fri), 01/25/2008(Fri), 01/29/2008(Tue)

**FDA EMPLOYEE'S NAME, TITLE, AND SIGNATURE:**

Mary E. Storch, Investigator

| | |
|---|---|
| SEE REVERSE OF THIS PAGE | This is a modified document. |
| | DATE ISSUED |
| | 01/29/2008 |

FORM FDA 483 (04/03)          PREVIOUS EDITION OBSOLETE          INSPECTIONAL OBSERVATIONS          PAGE 10 OF 10 PAGES