# EXHIBIT B

## Metasul Metal-on-Metal Technology

Sulzer (now Zimmer) has established extensive experience in metal-on-metal articulation during the past four decades. Wear performance is directly controlled by careful engineering and modern manufacturing. Advances in manufacturing technology, thorough research, and clinical experience have led to the identification of five key factors for success in a modern metal-on-metal bearing. Successful metal-on-metal bearings must incorporate:

- Optimal chemical composition of the material
- Improved processing of the material
- Precise manufacturing of components
- Optimal clearance and low surface roughness
- Optimal prosthesis design

The *Metasul* Technology Design Rationale brochure explains and illustrates how the *Metasul LDH* forged high-carbon head coupled with the *Durom* forged high-carbon shell employ these key success factors to minimize wear. *Metasul* metal-on-metal bearings have demonstrated, both experimentally and clinically, up to 200 times less volumetric wear than conventional bearings. Clinical results and extended analysis from retrievals up to 12 years postoperatively confirm the excellent performance of *Metasul* articulations.[1]

## Metasul LDH Collaterals

97-1081-001-00 *Metasul LDH* Brochure
97-1081-002-00 *Metasul LDH* Surgical Technique
97-1081-004-00 *Metasul* Alloy Comparison Pocket Guide
97-1081-007-00 *Metasul* Technology Design Rationale
97-1081-016-00 *Durom* Shell Implantation Tips and Pearls
97-1081-022-00 *Metasul LDH* Overview Materials CD
97-1081-050-00 *Metasul LDH* Templates

## Metasul Technology Clinical References

Dorr, LD et al: The Argument for the Use of Metasul as an Articulation Surface in Total Hip Replacement. *CORR*, 2004. 429:80-85

Long, WT, Dorr LD, and Gendelman, V. An American Experience with Metal-on-Metal Total Hip Arthroplasties. *J Arthroplasty* 2004. Vol.19 No.8: 29-34

©2006 Zimmer, Inc. Competitive information is for your use only and should not be reproduced and distributed further.