# EXHIBIT C

Table of Contents

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

# FORM 10-K

ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d)
OF THE SECURITIES EXCHANGE ACT OF 1934

For year ended December 31, 2007

Commission file number 001-16407



## ZIMMER HOLDINGS, INC.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **13-4151777** |
| *(State of Incorporation)* | *(IRS Employer Identification No.)* |
| **345 East Main Street Warsaw, Indiana** | **46580** |
| (Address of principal executive offices) | (Zip Code) |

*Registrant's telephone number, including area code:* **(574) 267-6131**

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $.01 par value | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: None

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes þ   No o

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes o   No þ

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes þ   No o

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. þ

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer or a smaller reporting company. See the definitions of "large accelerated filer", "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check One):

| Large accelerated filer  þ | Accelerated filer  o | Non-accelerated filer  o  (Do not check if a smaller reporting company) | Smaller reporting company  o |
|---|---|---|---|

Indicate by checkmark whether the registrant is a shell company (as defined Exchange Act Rule 12b-2). Yes o   No þ

The aggregate market value of shares held by non-affiliates was $20,033,882,275 (based on the closing price of these shares on the New York Stock Exchange on June 29, 2007, and assuming solely for the purpose of this calculation that all directors and executive officers of the registrant are "affiliates"). As of February 13, 2008, 233,185,894 shares of the registrant's $.01 par value common stock were outstanding.

Documents Incorporated by Reference

| Document | Form 10-K |
|---|---|
| Portions of the Proxy Statement with respect to the 2008 Annual Meeting of Stockholders | Part III |

Table of Contents

ZIMMER HOLDINGS, INC.                                                                   2007 FORM 10-K ANNUAL REPORT

- quality;
- reputation; and
- customer service.

In markets outside of the United States, other factors influence competition as well, including:
- local distribution systems;
- complex regulatory environments; and
- differing medical philosophies and product preferences.

Our competitors may:
- have greater financial, marketing and other resources than us;
- respond more quickly to new or emerging technologies;
- undertake more extensive marketing campaigns;
- adopt more aggressive pricing policies; or
- be more successful in attracting potential customers, employees and strategic partners.

Any of these factors, alone or in combination, could cause us to have difficulty maintaining or increasing sales of our products.

**We and our customers are subject to various governmental regulations relating to the manufacturing, labeling and marketing of our products and we may incur significant expenses to comply with these regulations and develop products compatible with these regulations.**

The medical devices we design, develop, manufacture and market are subject to rigorous regulation by the FDA and numerous other federal, state and foreign governmental authorities. The process of obtaining regulatory approvals to market a medical device, particularly from the FDA and certain foreign governmental authorities, can be costly and time consuming and approvals might not be granted for future products on a timely basis, if at all. Delays in receipt of, or failure to obtain, approvals for future products could result in delayed realization of product revenues or in substantial additional costs which could have a material adverse effect on our business or results of operations.

In addition, if we fail to comply with applicable FDA medical device or other material regulatory requirements, including, for example, the Quality System Regulation, recordkeeping regulations, labeling requirements and adverse event reporting regulations, that failure could result in, among other things:
- warning letters;
- fines or civil penalties;
- injunctions;
- repairs, replacements or refunds;
- recalls or seizures of products;
- total or partial suspension of production;
- the FDA's refusal to grant future premarket clearances or approvals;
- withdrawals or suspensions of current product applications; and
- criminal prosecution.

Any of these actions, in combination or alone, could have a material adverse effect on our business, financial condition and results of operations.

In many of the foreign countries in which we market our products, we are subject to regulations affecting, among other things:
- clinical efficacy;
- product standards;
- packaging requirements;
- labeling requirements;
- import/export restrictions;
- tariff regulations;
- duties; and
- tax requirements.

Many of the regulations applicable to our devices and products in these countries, such as the European Medical Devices Directive, are similar to those of the FDA. In addition, in many countries the national health or social security organizations require our products to be qualified before they can be marketed with the benefit of reimbursement eligibility. Failure to receive, or delays in the receipt of, relevant foreign qualifications also could have a material adverse effect on our business, financial condition and results of operations.

As both the FDA and foreign government regulators have become increasingly stringent, we may be subject to more rigorous regulation by governmental authorities in the future. Our products and operations are also often subject to the rules of industrial standards bodies, such as the International Standards Organization. If we fail to adequately address any of these regulations, our business will be harmed.

**We may incur product liability losses, and insurance coverage may be inadequate or unavailable to cover these losses.**

Our business is subject to potential product liability risks that are inherent in the design, development, manufacture and marketing of medical devices. Our products are often used in surgical and intensive care settings. In addition, some of the medical devices we manufacture and sell are designed to be implanted in the human body for long periods of time. In the ordinary course of business, we are the subject of product liability lawsuits alleging that component failures, manufacturing flaws, design defects or inadequate disclosure of product-related risks or product-related information resulted in an unsafe condition or injury to patients. Product liability lawsuits and claims, safety alerts or product recalls, regardless of their ultimate outcome, could have a material adverse effect on our business and reputation and on our ability to attract and retain customers.

As part of our risk management policy, we maintain third-party product liability insurance coverage. However, product liability claims against us may exceed the coverage limits of our insurance policies or cause us to record a self-insured loss. Even if any product liability loss is covered by an insurance policy, these policies may have substantial retentions or deductibles that provide that we will not receive insurance proceeds until the losses incurred exceed the amount of those retentions or deductibles. We will be responsible for paying any losses that are below those retentions or deductibles. A product liability claim in excess of applicable insurance could have a material adverse effect on our business, financial condition and results of operations.

**ITEM 1B.    Unresolved Staff Comments**

Not Applicable.

19

Table of Contents

ZIMMER HOLDINGS, INC.                                                                                           2007 FORM 10-K ANNUAL REPORT

## Signatures

Pursuant to the requirements of Section 13 or 15(d) of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, thereunto duly authorized.

ZIMMER HOLDINGS, INC.

By: /s/ DAVID C. DVORAK  
David C. Dvorak  
*President and Chief Executive Officer*

Dated: February 29, 2008

Pursuant to the requirements of the Securities Exchange Act of 1934, this report has been signed below by the following persons on behalf of the registrant and in the capacities and on the dates indicated.

| Signature | Title | Date |
| --- | --- | --- |
| /s/ DAVID C. DVORAK<br>David C. Dvorak | President, Chief Executive Officer and Director (Principal Executive Officer) | February 29, 2008 |
| /s/ JAMES T. CRINES<br>James T. Crines | Executive Vice President, Finance and Chief Financial Officer (Principal Financial Officer) | February 29, 2008 |
| /s/ DEREK M. DAVIS<br>Derek M. Davis | Vice President, Finance, and Corporate Controller and Chief Accounting Officer (Principal Accounting Officer) | February 29, 2008 |
| /s/ JOHN L. McGOLDRICK<br>John L. McGoldrick | Director | February 29, 2008 |
| /s/ STUART M. ESSIG<br>Stuart M. Essig | Director | February 29, 2008 |
| /s/ LARRY C. GLASSCOCK<br>Larry C. Glasscock | Director | February 29, 2008 |
| /s/ ARTHUR J. HIGGINS<br>Arthur J. Higgins | Director | February 29, 2008 |
| /s/ AUGUSTUS A. WHITE, III<br>Augustus A. White, III | Director | February 29, 2008 |

66